# Exhibit A



David Garcia <dgarcia@pradaurizar.com>

## Thank you for submitting a FOIA request.
6 messages

**U.S. Department of the Interior** <doi-webforms@ios.doi.gov>                    Mon, Oct 15, 2018 at 12:54 PM
Reply-To: do-not-reply@ios.doi.gov
To: dgarcia@pradaurizar.com

Submitted on Monday, October 15, 2018 - 12:54pm
Submitted form:
Your Name: David A. Garcia
Mailing Address: 3191 Coral Way Ste. 607
City: Miami
State or Country: FL
Zip or Postal Code: 33145
Address Type: Business
Daytime Phone Number: 3055109312
Fax Number:
E-mail Address: dgarcia@pradaurizar.com
Confirm E-mail Address : dgarcia@pradaurizar.com
Your Organization: Organization of Professional Aviculturist (OPA)
Are you filing the request on behalf of another party? No
If so, who are you filing the request on behalf of?
Contact Information Certification: I certify that the above statement(s) concerning who I am filing the request on behalf of
are true and correct to the best of my knowledge and belief. If I want to receive greater access to records about a person I
represent, I will submit proof that the person consents to the release of the records to me, as discussed in 43 C.F.R. § 2.9.
Bureau/Office: Fish & Wildlife Service (FWS)
Relevant park, refuge, site or other location:
Request Description:
1) The OPA is requesting all information related to FWS's obligations to issue regulations under the Wild Bird
Conservation Act. Particularly, we are requesting information relating to the agencies failure to include additional species
on the approved list for captive-bred species.


Requester's Communication Preferences: Electronic communication via email
Document Disclosure Preferences: Electronic copies via email
Select the applicable reason why you are requesting expedited processing:
Justification for Expedited Processing:
Expedited Processing Certification:
Please select the appropriate statement: I am requesting a waiver or reduction of fees.
I agree to pay fees up to this particular amount: $100
To assist in determining my requester category to assess fees, you should know that I am: affiliated with an educational or
noncommercial scientific institution and this request is made for a scholarly or scientific purpose and not for commercial
use
Affiliated Organization: This information is being solicited by the Organization of Professional Aviculturist (OPA). The OPA
is a non-profit organization that supports and advocates for the conservation of avian species by encouraging cooperation
between in situ conservationists and ex situ production of specimens. It is our goal to ensure that actions of professional
aviculturist have a positive impact on the future of avian species.
Check the boxes to the right to confirm that you meet the Department's fee waiver criteria:
 - Disclosure of the information is in the public interest because it is likely to contribute significantly to public understanding
of the operations or activities of the Government.
 - Disclosure of the information is not primarily in my commercial interest.
Please explain why your request for a waiver of fees or a reduction in fees is justified.: The OPA is requesting information
regarding the Wild Bird Conservation Act and relevant agency actions so as to determine if the agency is complying with
its obligations under the statute and to further determine if legal action is needed to ensure that agency appropriately
complies with its obligations. This information is not for a commercial purpose but is research undertaken by the OPA to
determine what actions the agency has so far taken to comply with its obligations under WBCA and what actions the OPA
will take in light of those actions. This information is necessary to provide the public with a greater understanding of the
government's actions and will be publicized by the OPA, without a commercial gain on our part.

**U.S. Department of the Interior** <doi-webforms@ios.doi.gov>                    Mon, Oct 15, 2018 at 12:56 PM
Reply-To: do-not-reply@ios.doi.gov
To: dgarcia@pradaurizar.com

Submitted on Monday, October 15, 2018 - 12:56pm
Submitted form:
Your Name: David A. Garcia
Mailing Address: 3191 Coral Way Ste. 607
City: Miami
State or Country: FL
Zip or Postal Code: 33145
Address Type: Business
Daytime Phone Number: 3055109312
Fax Number:
E-mail Address: dgarcia@pradaurizar.com
Confirm E-mail Address : dgarcia@pradaurizar.com
Your Organization: Organization of Professional Aviculturist (OPA)
Are you filing the request on behalf of another party? No
If so, who are you filing the request on behalf of?
Contact Information Certification: I certify that the above statement(s) concerning who I am filing the request on behalf of
are true and correct to the best of my knowledge and belief. If I want to receive greater access to records about a person I
represent, I will submit proof that the person consents to the release of the records to me, as discussed in 43 C.F.R. § 2.9.
Bureau/Office: Fish & Wildlife Service (FWS)
Relevant park, refuge, site or other location:
Request Description:
1) The OPA is also requesting all information, relating to the approval of permits for consortium/cooperative breeding
agreements.

1a) This includes but is not limited to all information, relating to the approval of permits of consortium/cooperative breeding
agreements of CITES appendix 1 listed species.
[Quoted text hidden]

**U.S. Department of the Interior** <doi-webforms@ios.doi.gov>                    Mon, Oct 15, 2018 at 12:58 PM
Reply-To: do-not-reply@ios.doi.gov
To: dgarcia@pradaurizar.com

Submitted on Monday, October 15, 2018 - 12:58pm
Submitted form:
Your Name: David A. Garcia
Mailing Address: 3191 Coral Way Ste. 607
City: Miami
State or Country: FL
Zip or Postal Code: 33145
Address Type: Business
Daytime Phone Number: 3055109312
Fax Number:
E-mail Address: dgarcia@pradaurizar.com
Confirm E-mail Address : dgarcia@pradaurizar.com
Your Organization: Organization of Professional Aviculturist (OPA)
Are you filing the request on behalf of another party? No
If so, who are you filing the request on behalf of?
Contact Information Certification: I certify that the above statement(s) concerning who I am filing the request on behalf of
are true and correct to the best of my knowledge and belief. If I want to receive greater access to records about a person I
represent, I will submit proof that the person consents to the release of the records to me, as discussed in 43 C.F.R. § 2.9.
Bureau/Office: Fish & Wildlife Service (FWS)
Relevant park, refuge, site or other location:
Request Description: The OPA is requesting all information, relating to the approval of permits for personal pets.
[Quoted text hidden]

**U.S. Department of the Interior** <doi-webforms@ios.doi.gov>                Mon, Oct 15, 2018 at 1:00 PM
Reply-To: do-not-reply@ios.doi.gov
To: dgarcia@pradaurizar.com

Submitted on Monday, October 15, 2018 - 1:00pm
Submitted form:
Your Name: David A. Garcia
Mailing Address: 3191 Coral Way Ste. 607
City: Miami
State or Country: FL
Zip or Postal Code: 33145
Address Type: Business
Daytime Phone Number: 3055109312
Fax Number:
E-mail Address: dgarcia@pradaurizar.com
Confirm E-mail Address : dgarcia@pradaurizar.com
Your Organization: Organization of Professional Aviculturist (OPA)
Are you filing the request on behalf of another party? No
If so, who are you filing the request on behalf of?
Contact Information Certification: I certify that the above statement(s) concerning who I am filing the request on behalf of are true and correct to the best of my knowledge and belief. If I want to receive greater access to records about a person I represent, I will submit proof that the person consents to the release of the records to me, as discussed in 43 C.F.R. § 2.9.
Bureau/Office: Fish & Wildlife Service (FWS)
Relevant park, refuge, site or other location:
Request Description:  The OPA requests from FWS all internal documents, memoranda, policy manuals, guidance, training manuals, etc. relating to the approval of permits for import or export of exotic avian species into or out of the United States.
Requester's Communication Preferences: Electronic communication via email
Document Disclosure Preferences: Electronic copies via email
Select the applicable reason why you are requesting expedited processing:
Justification for Expedited Processing:
Expedited Processing Certification: I certify that the above statement(s) concerning expedited processing are true and correct to the best of my knowledge and belief.
[Quoted text hidden]

---

**U.S. Department of the Interior** <doi-webforms@ios.doi.gov>                Mon, Oct 15, 2018 at 1:01 PM
Reply-To: do-not-reply@ios.doi.gov
To: dgarcia@pradaurizar.com

Submitted on Monday, October 15, 2018 - 1:01pm
Submitted form:
Your Name: David A. Garcia
Mailing Address: 3191 Coral Way Ste. 607
City: Miami
State or Country: FL
Zip or Postal Code: 33145
Address Type: Business
Daytime Phone Number: 3055109312
Fax Number:
E-mail Address: dgarcia@pradaurizar.com
Confirm E-mail Address : dgarcia@pradaurizar.com
Your Organization: Organization of Professional Aviculturist (OPA)
Are you filing the request on behalf of another party? No
If so, who are you filing the request on behalf of?
Contact Information Certification: I certify that the above statement(s) concerning who I am filing the request on behalf of are true and correct to the best of my knowledge and belief. If I want to receive greater access to records about a person I represent, I will submit proof that the person consents to the release of the records to me, as discussed in 43 C.F.R. § 2.9.
Bureau/Office: Fish & Wildlife Service (FWS)
Relevant park, refuge, site or other location:
Request Description: The OPA requests from FWS all documents relating to its interpretation of its obligations under CITES and how those obligations relate to the agencies ' obligations under the WBCA.
[Quoted text hidden]

**U.S. Department of the Interior** <doi-webforms@ios.doi.gov>                    Mon, Oct 15, 2018 at 1:03 PM
Reply-To: do-not-reply@ios.doi.gov
To: dgarcia@pradaurizar.com

Submitted on Monday, October 15, 2018 - 1:03pm
Submitted form:
Your Name: David A. Garcia
Mailing Address: 3191 Coral Way Ste. 607
City: Miami
State or Country: FL
Zip or Postal Code: 33145
Address Type: Business
Daytime Phone Number: 3055109312
Fax Number:
E-mail Address: dgarcia@pradaurizar.com
Confirm E-mail Address : dgarcia@pradaurizar.com
Your Organization: Organization of Professional Aviculturist (OPA)
Are you filing the request on behalf of another party? No
If so, who are you filing the request on behalf of?
Contact Information Certification: I certify that the above statement(s) concerning who I am filing the request on behalf of
are true and correct to the best of my knowledge and belief. If I want to receive greater access to records about a person I
represent, I will submit proof that the person consents to the release of the records to me, as discussed in 43 C.F.R. § 2.9.
Bureau/Office: Fish & Wildlife Service (FWS)
Relevant park, refuge, site or other location:
Request Description: The OPA requests from FWS all documents relating to its interpretation of its obligations under
WBCA.
[Quoted text hidden]

# Exhibit B



David Garcia <dgarcia@pradaurizar.com>

## New Request (1); Fwd: FOIA from: David A. Garcia
2 messages

**FOIA, FWHQ** <fwhq_foia@fws.gov>                                        Wed, Oct 17, 2018 at 9:47 AM
To: dgarcia@pradaurizar.com
Cc: Brenda Tapia <brenda_tapia@fws.gov>, Mary Cogliano <mary_cogliano@fws.gov>

Dear David A. Garcia,

The United States Fish and Wildlife Service (FWS) Headquarters FOIA Office received your request dated October 15, 2018.  We have forwarded your request to our Division of Management Authority (DMA) for processing.  You will receive a formal acknowledgement shortly; which will include DMA contact information in case you have any questions or concerns regarding this FOIA request.

Respectfully,

United States Fish and Wildlife Service
Headquarters Freedom of Information Act Office
MS: IRTM
5275 Leesburg Pike
Falls Church, VA  22041


---------- Forwarded message ---------
From: **U.S. Department of the Interior** <doi-webforms@ios.doi.gov>
Date: Mon, Oct 15, 2018 at 12:54 PM
Subject: FOIA from: David A. Garcia
To: <fwhq_foia@fws.gov>


Submitted on Monday, October 15, 2018 - 12:54pm
Submitted by anonymous user: [10.156.8.158]
Submitted values are:
Your Name: David A. Garcia
Mailing Address: 3191 Coral Way Ste. 607
City: Miami
State or Country: FL
Zip or Postal Code: 33145
Address Type: Business
Daytime Phone Number: 3055109312
Fax Number:
E-mail Address: dgarcia@pradaurizar.com
Confirm E-mail Address : dgarcia@pradaurizar.com
Your Organization: Organization of Professional Aviculturist (OPA)
Are you filing the request on behalf of another party? No
If so, who are you filing the request on behalf of?
Contact Information Certification: I certify that the above statement(s) concerning who I am filing the request on behalf of are true and correct to the best of my knowledge and belief. If I want to receive greater access to records about a person I represent, I will submit proof that that person consents to the release of the records to me, as discussed in 43 C.F.R. § 2.9.
Bureau/Office: Fish & Wildlife Service (FWS)
Relevant park, refuge, site or other location:
Request Description:
1) The OPA is requesting all information related to FWS's obligations to issue regulations under the Wild Bird Conservation Act. Particularly, we are requesting information relating to the agencies failure to include additional species on the approved list for captive-bred species.

Requester's Communication Preferences: Electronic communication via email

Document Disclosure Preferences: Electronic copies via email
Select the applicable reason why you are requesting expedited processing:
Justification for Expedited Processing:
Expedited Processing Certification:
Please select the appropriate statement: I am requesting a waiver or reduction of fees.
I agree to pay fees up to this particular amount: $100
To assist in determining my requester category to assess fees, you should know that I am: affiliated with an educational or noncommercial scientific institution and this request is made for a scholarly or scientific purpose and not for commercial use
Affiliated Organization: This information is being solicited by the Organization of Professional Aviculturist (OPA). The OPA is a non-profit organization that supports and advocates for the conservation of avian species by encouraging cooperation between in situ conservationists and ex situ production of specimens. It is our goal to ensure that actions of professional aviculturist have a positive impact on the future of avian species.
Check the boxes to the right to confirm that you meet the Department's fee waiver criteria:
 - Disclosure of the information is in the public interest because it is likely to contribute significantly to public understanding of the operations or activities of the Government.
 - Disclosure of the information is not primarily in my commercial interest.
Please explain why your request for a waiver of fees or a reduction in fees is justified.: The OPA is requesting information regarding the Wild Bird Conservation Act and relevant agency actions so as to determine if the agency is complying with its obligations under the statute and to further determine if legal action is needed to ensure that agency appropriately complies with its obligations. This information is not for a commercial purpose but is research undertaken by the OPA to determine what actions the agency has so far taken to comply with its obligations under WBCA and what actions the OPA will take in light of those actions. This information is necessary to provide the public with a greater understanding of the government's actions and will be publicized by the OPA, without a commercial gain on our part.


The results of this submission may be viewed at:
https://www.doi.gov/node/11498/submission/477980


--
United States Fish and Wildlife Service
Headquarters Freedom of Information Act Office
MS: IRTM
5275 Leesburg Pike
Falls Church, VA  22041

---

**David Garcia** <dgarcia@pradaurizar.com>                      Wed, Nov 14, 2018 at 12:34 PM
To: "FOIA, FWHQ" <fwhq_foia@fws.gov>
Cc: Brenda Tapia <brenda_tapia@fws.gov>, Mary Cogliano <mary_cogliano@fws.gov>

This is one of several FOIA requests I submitted over 20 working days ago. I have never received a tracking number or further confirmation for any of my requests.

Sent from my iPhone
[Quoted text hidden]

Exhibit C



**David Garcia <dgarcia@pradaurizar.com>**

---

## New Request (2); Fwd: FOIA from: David A. Garcia

1 message

---

**FOIA, FWHQ** <fwhq_foia@fws.gov>　　　　　　　　　　　　Wed, Oct 17, 2018 at 9:49 AM
To: dgarcia@pradaurizar.com
Cc: Brenda Tapia <brenda_tapia@fws.gov>, Mary Cogliano <mary_cogliano@fws.gov>

Dear David A. Garcia,

The United States Fish and Wildlife Service (FWS) Headquarters FOIA Office received your request dated October 15, 2018.　We have forwarded your request to our Division of Management Authority (DMA) for processing.　You will receive a formal acknowledgement shortly; which will include DMA contact information in case you have any questions or concerns regarding this FOIA request.

Respectfully,

United States Fish and Wildlife Service
Headquarters Freedom of Information Act Office
MS: IRTM
5275 Leesburg Pike
Falls Church, VA  22041


---------- Forwarded message ---------
**From: U.S. Department of the Interior** <doi-webforms@ios.doi.gov>
Date: Mon, Oct 15, 2018 at 12:56 PM
Subject: FOIA from: David A. Garcia
To: <fwhq_foia@fws.gov>


Submitted on Monday, October 15, 2018 - 12:56pm
Submitted by anonymous user: [10.156.8.158]
Submitted values are:
Your Name: David A. Garcia
Mailing Address: 3191 Coral Way Ste. 607
City: Miami
State or Country: FL
Zip or Postal Code: 33145
Address Type: Business
Daytime Phone Number: 3055109312
Fax Number:
E-mail Address: dgarcia@pradaurizar.com
Confirm E-mail Address : dgarcia@pradaurizar.com
Your Organization: Organization of Professional Aviculturist (OPA)
Are you filing the request on behalf of another party? No
If so, who are you filing the request on behalf of?
Contact Information Certification: I certify that the above statement(s) concerning who I am filing the request on behalf of are true and correct to the best of my knowledge and belief. If I want to receive greater access to records about a person I represent, I will submit proof that the person consents to the release of the records to me, as discussed in 43 C.F.R. § 2.9.
Bureau/Office: Fish & Wildlife Service (FWS)
Relevant park, refuge, site or other location:
Request Description:
1) The OPA is also requesting all information, relating to the approval of permits for consortium/cooperative breeding agreements.

1a) This includes but is not limited to all information, relating to the approval of permits of consortium/cooperative breeding agreements of CITES appendix 1 listed species.

Requester's Communication Preferences: Electronic communication via email

Document Disclosure Preferences: Electronic copies via email
Select the applicable reason why you are requesting expedited processing:
Justification for Expedited Processing:
Expedited Processing Certification:
Please select the appropriate statement: I am requesting a waiver or reduction of fees.
I agree to pay fees up to this particular amount: $100
To assist in determining my requester category to assess fees, you should know that I am: affiliated with an educational or noncommercial scientific institution and this request is made for a scholarly or scientific purpose and not for commercial use
Affiliated Organization: This information is being solicited by the Organization of Professional Aviculturist (OPA). The OPA is a non-profit organization that supports and advocates for the conservation of avian species by encouraging cooperation between in situ conservationists and ex situ production of specimens. It is our goal to ensure that actions of professional aviculturist have a positive impact on the future of avian species.
Check the boxes to the right to confirm that you meet the Department's fee waiver criteria:
 - Disclosure of the information is in the public interest because it is likely to contribute significantly to public understanding of the operations or activities of the Government.
 - Disclosure of the information is not primarily in my commercial interest.
Please explain why your request for a waiver of fees or a reduction in fees is justified.: The OPA is requesting information regarding the Wild Bird Conservation Act and relevant agency actions so as to determine if the agency is complying with its obligations under the statute and to further determine if legal action is needed to ensure that agency appropriately complies with its obligations. This information is not for a commercial purpose but is research undertaken by the OPA to determine what actions the agency has so far taken to comply with its obligations under WBCA and what actions the OPA will take in light of those actions. This information is necessary to provide the public with a greater understanding of the government's actions and will be publicized by the OPA, without a commercial gain on our part.


The results of this submission may be viewed at:
https://www.doi.gov/node/11498/submission/477981



--
United States Fish and Wildlife Service
Headquarters Freedom of Information Act Office
MS: IRTM
5275 Leesburg Pike
Falls Church, VA  22041

# Exhibit D



David Garcia <dgarcia@pradaurizar.com>

## New Request (3); Fwd: FOIA from: David A. Garcia
1 message

**FOIA, FWHQ** <fwhq_foia@fws.gov>                     Wed, Oct 17, 2018 at 9:51 AM
To: dgarcia@pradaurizar.com
Cc: Brenda Tapia <brenda_tapia@fws.gov>, Mary Cogliano <mary_cogliano@fws.gov>

Dear David A. Garcia,

The United States Fish and Wildlife Service (FWS) Headquarters FOIA Office received your request dated October 15, 2018.  We have forwarded your request to our Division of Management Authority (DMA) for processing.  You will receive a formal acknowledgement shortly; which will include DMA contact information in case you have any questions or concerns regarding this FOIA request.

Respectfully,

United States Fish and Wildlife Service
Headquarters Freedom of Information Act Office
MS: IRTM
5275 Leesburg Pike
Falls Church, VA  22041

---------- Forwarded message ---------
From: **U.S. Department of the Interior** <doi-webforms@ios.doi.gov>
Date: Mon, Oct 15, 2018 at 12:57 PM
Subject: FOIA from: David A. Garcia
To: <fwhq_foia@fws.gov>

Submitted on Monday, October 15, 2018 - 12:58pm
Submitted by anonymous user: [10.156.8.158]
Submitted values are:
Your Name: David A. Garcia
Mailing Address: 3191 Coral Way Ste. 607
City: Miami
State or Country: FL
Zip or Postal Code: 33145
Address Type: Business
Daytime Phone Number: 3055109312
Fax Number:
E-mail Address: dgarcia@pradaurizar.com
Confirm E-mail Address : dgarcia@pradaurizar.com
Your Organization: Organization of Professional Aviculturist (OPA)
Are you filing the request on behalf of another party? No
If so, who are you filing the request on behalf of?
Contact Information Certification: I certify that the above statement(s) concerning who I am filing the request on behalf of are true and correct to the best of my knowledge and belief. If I want to receive greater access to records about a person I represent, I will submit proof that the person consents to the release of the records to me, as discussed in 43 C.F.R. § 2.9.
Bureau/Office: Fish & Wildlife Service (FWS)
Relevant park, refuge, site or other location:
Request Description: The OPA is requesting all information, relating to the approval of permits for personal pets.
Requester's Communication Preferences: Electronic communication via email
Document Disclosure Preferences: Electronic copies via email
Select the applicable reason why you are requesting expedited processing:
Justification for Expedited Processing:
Expedited Processing Certification:
Please select the appropriate statement: I am requesting a waiver or reduction of fees.
I agree to pay fees up to this particular amount: $100

To assist in determining my requester category to assess fees, you should know that I am: affiliated with an educational or noncommercial scientific institution and this request is made for a scholarly or scientific purpose and not for commercial use

Affiliated Organization:

This information is being solicited by the Organization of Professional Aviculturist (OPA). The OPA is a non-profit organization that supports and advocates for the conservation of avian species by encouraging cooperation between in situ conservationists and ex situ production of specimens. It is our goal to ensure that actions of professional aviculturist have a positive impact on the future of avian species.

Check the boxes to the right to confirm that you meet the Department's fee waiver criteria:
 - Disclosure of the information is in the public interest because it is likely to contribute significantly to public understanding of the operations or activities of the Government.
 - Disclosure of the information is not primarily in my commercial interest.
Please explain why your request for a waiver of fees or a reduction in fees is justified.: The OPA is requesting information regarding the Wild Bird Conservation Act and relevant agency actions so as to determine if the agency is complying with its obligations under the statute and to further determine if legal action is needed to ensure that agency appropriately complies with its obligations. This information is not for a commercial purpose but is research undertaken by the OPA to determine what actions the agency has so far taken to comply with its obligations under WBCA and what actions the OPA will take in light of those actions. This information is necessary to provide the public with a greater understanding of the government's actions and will be publicized by the OPA, without a commercial gain on our part.

The results of this submission may be viewed at:
https://www.doi.gov/node/11498/submission/477982

--
United States Fish and Wildlife Service
Headquarters Freedom of Information Act Office
MS: IRTM
5275 Leesburg Pike
Falls Church, VA  22041

# Exhibit E



**David Garcia <dgarcia@pradaurizar.com>**

## New Request (4); Fwd: FOIA from: David A. Garcia

1 message

**FOIA, FWHQ** <fwhq_foia@fws.gov>           Wed, Oct 17, 2018 at 9:53 AM
To: dgarcia@pradaurizar.com
Cc: Brenda Tapia <brenda_tapia@fws.gov>, Mary Cogliano <mary_cogliano@fws.gov>

Dear David A. Garcia,

The United States Fish and Wildlife Service (FWS) Headquarters FOIA Office received your request dated October 15, 2018.  We have forwarded your request to our Division of Management Authority (DMA) for processing.  You will receive a formal acknowledgement shortly; which will include DMA contact information in case you have any questions or concerns regarding this FOIA request.

Respectfully,

United States Fish and Wildlife Service
Headquarters Freedom of Information Act Office
MS: IRTM
5275 Leesburg Pike
Falls Church, VA  22041


---------- Forwarded message ---------
From: **U.S. Department of the Interior** <doi-webforms@ios.doi.gov>
Date: Mon, Oct 15, 2018 at 12:59 PM
Subject: FOIA from: David A. Garcia
To: <fwhq_foia@fws.gov>


Submitted on Monday, October 15, 2018 - 1:00pm
Submitted by anonymous user: [10.156.8.158]
Submitted values are:
Your Name: David A. Garcia
Mailing Address: 3191 Coral Way Ste. 607
City: Miami
State or Country: FL
Zip or Postal Code: 33145
Address Type: Business
Daytime Phone Number: 3055109312
Fax Number:
E-mail Address: dgarcia@pradaurizar.com
Confirm E-mail Address : dgarcia@pradaurizar.com
Your Organization: Organization of Professional Aviculturist (OPA)
Are you filing the request on behalf of another party? No
If so, who are you filing the request on behalf of?
Contact Information Certification: I certify that the above statement(s) concerning who I am filing the request on behalf of are true and correct to the best of my knowledge and belief. If I want to receive greater access to records about a person I represent, I will submit proof that the person consents to the release of the records to me, as discussed in 43 C.F.R. § 2.9.
Bureau/Office: Fish & Wildlife Service (FWS)
Relevant park, refuge, site or other location:
Request Description:  The OPA requests from FWS all internal documents, memoranda, policy manuals, guidance, training manuals, etc. relating to the approval of permits for import or export of exotic avian species into or out of the United States.
Requester's Communication Preferences: Electronic communication via email
Document Disclosure Preferences: Electronic copies via email
Select the applicable reason why you are requesting expedited processing:
Justification for Expedited Processing:
Expedited Processing Certification: I certify that the above statement(s) concerning expedited processing are true and

correct to the best of my knowledge and belief.
Please select the appropriate statement: I am requesting a waiver or reduction of fees.
I agree to pay fees up to this particular amount: $100
To assist in determining my requester category to assess fees, you should know that I am: affiliated with an educational or noncommercial scientific institution and this request is made for a scholarly or scientific purpose and not for commercial use
Affiliated Organization:
This information is being solicited by the Organization of Professional Aviculturist (OPA). The OPA is a non-profit organization that supports and advocates for the conservation of avian species by encouraging cooperation between in situ conservationists and ex situ production of specimens. It is our goal to ensure that actions of professional aviculturist have a positive impact on the future of avian species.

Check the boxes to the right to confirm that you meet the Department's fee waiver criteria:
 - Disclosure of the information is in the public interest because it is likely to contribute significantly to public understanding of the operations or activities of the Government.
 - Disclosure of the information is not primarily in my commercial interest.
Please explain why your request for a waiver of fees or a reduction in fees is justified.: The OPA is requesting information regarding the Wild Bird Conservation Act and relevant agency actions so as to determine if the agency is complying with its obligations under the statute and to further determine if legal action is needed to ensure that agency appropriately complies with its obligations. This information is not for a commercial purpose but is research undertaken by the OPA to determine what actions the agency has so far taken to comply with its obligations under WBCA and what actions the OPA will take in light of those actions. This information is necessary to provide the public with a greater understanding of the government's actions and will be publicized by the OPA, without a commercial gain on our part.

The results of this submission may be viewed at:
https://www.doi.gov/node/11498/submission/477983

--
United States Fish and Wildlife Service
Headquarters Freedom of Information Act Office
MS: IRTM
5275 Leesburg Pike
Falls Church, VA  22041

# Exhibit F



David Garcia <dgarcia@pradaurizar.com>

---

## New Request (5); Fwd: FOIA from: David A. Garcia
1 message

---

**FOIA, FWHQ** <fwhq_foia@fws.gov>                                                    Wed, Oct 17, 2018 at 9:54 AM
To: dgarcia@pradaurizar.com
Cc: Brenda Tapia <brenda_tapia@fws.gov>, Mary Cogliano <mary_cogliano@fws.gov>

Dear David A. Garcia,

The United States Fish and Wildlife Service (FWS) Headquarters FOIA Office received your request dated October 15, 2018.  We have forwarded your request to our Division of Management Authority (DMA) for processing.  You will receive a formal acknowledgement shortly; which will include DMA contact information in case you have any questions or concerns regarding this FOIA request.

Respectfully,

United States Fish and Wildlife Service
Headquarters Freedom of Information Act Office
MS: IRTM
5275 Leesburg Pike
Falls Church, VA  22041

---------- Forwarded message ---------
From: **U.S. Department of the Interior** <doi-webforms@ios.doi.gov>
Date: Mon, Oct 15, 2018 at 1:00 PM
Subject: FOIA from: David A. Garcia
To: <fwhq_foia@fws.gov>

Submitted on Monday, October 15, 2018 - 1:01pm
Submitted by anonymous user: [10.156.8.158]
Submitted values are:
Your Name: David A. Garcia
Mailing Address: 3191 Coral Way Ste. 607
City: Miami
State or Country: FL
Zip or Postal Code: 33145
Address Type: Business
Daytime Phone Number: 3055109312
Fax Number:
E-mail Address: dgarcia@pradaurizar.com
Confirm E-mail Address : dgarcia@pradaurizar.com
Your Organization: Organization of Professional Aviculturist (OPA)
Are you filing the request on behalf of another party? No
If so, who are you filing the request on behalf of?
Contact Information Certification: I certify that the above statement(s) concerning who I am filing the request on behalf of are true and correct to the best of my knowledge and belief. If I want to receive greater access to records about a person I represent, I will submit proof that the person consents to the release of the records to me, as discussed in 43 C.F.R. § 2.9.
Bureau/Office: Fish & Wildlife Service (FWS)
Relevant park, refuge, site or other location:
Request Description: The OPA requests from FWS all documents relating to its interpretation of its obligations under CITES and how those obligations relate to the agencies ' obligations under the WBCA.
Requester's Communication Preferences: Electronic communication via email
Document Disclosure Preferences: Electronic copies via email
Select the applicable reason why you are requesting expedited processing:
Justification for Expedited Processing:
Expedited Processing Certification: I certify that the above statement(s) concerning expedited processing are true and correct to the best of my knowledge and belief.

Please select the appropriate statement: I am requesting a waiver or reduction of fees.

I agree to pay fees up to this particular amount: $100

To assist in determining my requester category to assess fees, you should know that I am: affiliated with an educational or noncommercial scientific institution and this request is made for a scholarly or scientific purpose and not for commercial use

Affiliated Organization: This information is being solicited by the Organization of Professional Aviculturist (OPA). The OPA is a non-profit organization that supports and advocates for the conservation of avian species by encouraging cooperation between in situ conservationists and ex situ production of specimens. It is our goal to ensure that actions of professional aviculturist have a positive impact on the future of avian species.

Check the boxes to the right to confirm that you meet the Department's fee waiver criteria:
 - Disclosure of the information is in the public interest because it is likely to contribute significantly to public understanding of the operations or activities of the Government.
 - Disclosure of the information is not primarily in my commercial interest.

Please explain why your request for a waiver of fees or a reduction in fees is justified.: The OPA is requesting information regarding the Wild Bird Conservation Act and relevant agency actions so as to determine if the agency is complying with its obligations under the statute and to further determine if legal action is needed to ensure that agency appropriately complies with its obligations. This information is not for a commercial purpose but is research undertaken by the OPA to determine what actions the agency has so far taken to comply with its obligations under WBCA and what actions the OPA will take in light of those actions. This information is necessary to provide the public with a greater understanding of the government's actions and will be publicized by the OPA, without a commercial gain on our part.


The results of this submission may be viewed at:
https://www.doi.gov/node/11498/submission/477984



--
United States Fish and Wildlife Service
Headquarters Freedom of Information Act Office
MS: IRTM
5275 Leesburg Pike
Falls Church, VA  22041

# Exhibit G



**David Garcia <dgarcia@pradaurizar.com>**

---

# New Request (6); Fwd: FOIA from: David A. Garcia
1 message

---

**FOIA, FWHQ** <fwhq_foia@fws.gov>                                      Wed, Oct 17, 2018 at 9:55 AM
To: dgarcia@pradaurizar.com
Cc: Brenda Tapia <brenda_tapia@fws.gov>, Mary Cogliano <mary_cogliano@fws.gov>

Dear David A. Garcia,

The United States Fish and Wildlife Service (FWS) Headquarters FOIA Office received your request dated October 15, 2018.  We have forwarded your request to our Division of Management Authority (DMA) for processing.  You will receive a formal acknowledgement shortly; which will include DMA contact information in case you have any questions or concerns regarding this FOIA request.

Respectfully,

United States Fish and Wildlife Service
Headquarters Freedom of Information Act Office
MS: IRTM
5275 Leesburg Pike
Falls Church, VA  22041

---------- Forwarded message ---------
From: **U.S. Department of the Interior** <doi-webforms@ios.doi.gov>
Date: Mon, Oct 15, 2018 at 1:03 PM
Subject: FOIA from: David A. Garcia
To: <fwhq_foia@fws.gov>


Submitted on Monday, October 15, 2018 - 1:03pm
Submitted by anonymous user: [10.156.8.158]
Submitted values are:
Your Name: David A. Garcia
Mailing Address: 3191 Coral Way Ste. 607
City: Miami
State or Country: FL
Zip or Postal Code: 33145
Address Type: Business
Daytime Phone Number: 3055109312
Fax Number:
E-mail Address: dgarcia@pradaurizar.com
Confirm E-mail Address : dgarcia@pradaurizar.com
Your Organization: Organization of Professional Aviculturist (OPA)
Are you filing the request on behalf of another party? No
If so, who are you filing the request on behalf of?
Contact Information Certification: I certify that the above statement(s) concerning who I am filing the request on behalf of are true and correct to the best of my knowledge and belief. If I want to receive greater access to records about a person I represent, I will submit proof that the person consents to the release of the records to me, as discussed in 43 C.F.R. § 2.9.
Bureau/Office: Fish & Wildlife Service (FWS)
Relevant park, refuge, site or other location:
Request Description: The OPA requests from FWS all documents relating to its interpretation of its obligations under WBCA.
Requester's Communication Preferences: Electronic communication via email
Document Disclosure Preferences: Electronic copies via email
Select the applicable reason why you are requesting expedited processing:
Justification for Expedited Processing:
Expedited Processing Certification: I certify that the above statement(s) concerning expedited processing are true and correct to the best of my knowledge and belief.

1/8/2019

Please select the appropriate statement: I am requesting a waiver or reduction of fees.

I agree to pay fees up to this particular amount: $100

To assist in determining my requester category to assess fees, you should know that I am: affiliated with an educational or noncommercial scientific institution and this request is made for a scholarly or scientific purpose and not for commercial use

Affiliated Organization: This information is being solicited by the Organization of Professional Aviculturist (OPA). The OPA is a non-profit organization that supports and advocates for the conservation of avian species by encouraging cooperation between in situ conservationists and ex situ production of specimens. It is our goal to ensure that actions of professional aviculturist have a positive impact on the future of avian species.

Check the boxes to the right to confirm that you meet the Department's fee waiver criteria:
 - Disclosure of the information is in the public interest because it is likely to contribute significantly to public understanding of the operations or activities of the Government.
 - Disclosure of the information is not primarily in my commercial interest.

Please explain why your request for a waiver of fees or a reduction in fees is justified.: The OPA is requesting information regarding the Wild Bird Conservation Act and relevant agency actions so as to determine if the agency is complying with its obligations under the statute and to further determine if legal action is needed to ensure that agency appropriately complies with its obligations. This information is not for a commercial purpose but is research undertaken by the OPA to determine what actions the agency has so far taken to comply with its obligations under WBCA and what actions the OPA will take in light of those actions. This information is necessary to provide the public with a greater understanding of the government's actions and will be publicized by the OPA, without a commercial gain on our part.


The results of this submission may be viewed at:
https://www.doi.gov/node/11498/submission/477985



--
United States Fish and Wildlife Service
Headquarters Freedom of Information Act Office
MS: IRTM
5275 Leesburg Pike
Falls Church, VA  22041

# Exhibit H



David Garcia <dgarcia@pradaurizar.com>

---

# New Request (1, 12/18); Fwd: FOIA from: David A. Garcia
1 message

**FOIA, FWHQ** <fwhq_foia@fws.gov>                                    Thu, Oct 18, 2018 at 3:35 PM
To: dgarcia@pradaurizar.com
Cc: Brenda Tapia <brenda_tapia@fws.gov>, Mary Cogliano <mary_cogliano@fws.gov>

Dear David A. Garcia,

The United States Fish and Wildlife Service (FWS) Headquarters FOIA Office received your request dated October 18, 2018.   We have forwarded your request to our Division of Management Authority (DMA) for processing.  You will receive a formal acknowledgement shortly; which will include DMA contact information in case you have any questions or concerns regarding this FOIA request.

Respectfully,

United States Fish and Wildlife Service
Headquarters Freedom of Information Act Office
MS: IRTM
5275 Leesburg Pike
Falls Church, VA  22041


---------- Forwarded message ---------
From: **U.S. Department of the Interior** <doi-webforms@ios.doi.gov>
Date: Thu, Oct 18, 2018 at 11:35 AM
Subject: FOIA from: David A. Garcia
To: <fwhq_foia@fws.gov>


Submitted on Thursday, October 18, 2018 - 11:35am
Submitted by anonymous user: [10.156.8.158]
Submitted values are:
Your Name: David A. Garcia
Mailing Address: 3191 Coral Way Ste. 607
City: Miami
State or Country: FL
Zip or Postal Code: 33145
Address Type: Business
Daytime Phone Number: 3055109312
Fax Number:
E-mail Address: dgarcia@pradaurizar.com
Confirm E-mail Address : dgarcia@pradaurizar.com
Your Organization: Organization of Professional Aviculturist (OPA)
Are you filing the request on behalf of another party? Yes
If so, who are you filing the request on behalf of? Organization of Professional Aviculturists
Contact Information Certification: I certify that the above statement(s) concerning who I am filing the request on behalf of are true and correct to the best of my knowledge and belief. If I want to receive greater access to records about a person I represent, I will submit proof that the person consents to the release of the records to me, as discussed in 43 C.F.R. § 2.9.
Bureau/Office: Fish & Wildlife Service (FWS)
Relevant park, refuge, site or other location:
Request Description: The OPA request all information relating to the attempt by the Argentinian CITES authority to petition the USFWS to allow for sustainable import of blue front amazon
Requester's Communication Preferences: Electronic communication via email
Document Disclosure Preferences: Electronic copies via email
Select the applicable reason why you are requesting expedited processing:
Justification for Expedited Processing:
Expedited Processing Certification:

Please select the appropriate statement: I am requesting a waiver or reduction of fees.

I agree to pay fees up to this particular amount: $10

To assist in determining my requester category to assess fees, you should know that I am: affiliated with an educational or noncommercial scientific institution and this request is made for a scholarly or scientific purpose and not for commercial use

Affiliated Organization: This information is being solicited by the Organization of Professional Aviculturist (OPA). The OPA is a non-profit organization that supports and advocates for the conservation of avian species by encouraging cooperation between in situ conservationists and ex situ production of specimens. It is our goal to ensure that actions of professional aviculturist have a positive impact on the future of avian species.

Check the boxes to the right to confirm that you meet the Department's fee waiver criteria:
 - Disclosure of the information is in the public interest because it is likely to contribute significantly to public understanding of the operations or activities of the Government.
 - Disclosure of the information is not primarily in my commercial interest.

Please explain why your request for a waiver of fees or a reduction in fees is justified.: e OPA is requesting information regarding the Wild Bird Conservation Act and relevant agency actions so as to determine if the agency is complying with its obligations under the statute and to further determine if legal action is needed to ensure that agency appropriately complies with its obligations. This information is not for a commercial purpose but is research undertaken by the OPA to determine what actions the agency has so far taken to comply with its obligations under WBCA and what actions the OPA will take in light of those actions. This information is necessary to provide the public with a greater understanding of the government's actions and will be publicized by the OPA, without a commercial gain on our part.

The results of this submission may be viewed at:
https://www.doi.gov/node/11498/submission/478677

--
United States Fish and Wildlife Service
Headquarters Freedom of Information Act Office
MS: IRTM
5275 Leesburg Pike
Falls Church, VA  22041

# Exhibit I



David Garcia <dgarcia@pradaurizar.com>

## New Request (2) 12/18; Fwd: FOIA from: David A. Garcia
1 message

**FOIA, FWHQ** <fwhq_foia@fws.gov>                                                    Thu, Oct 18, 2018 at 3:36 PM
To: dgarcia@pradaurizar.com
Cc: Brenda Tapia <brenda_tapia@fws.gov>, Mary Cogliano <mary_cogliano@fws.gov>

Dear David A. Garcia,

The United States Fish and Wildlife Service (FWS) Headquarters FOIA Office received your request dated October 18, 2018.   We have forwarded your request to our Division of Management Authority (DMA) for processing.  You will receive a formal acknowledgement shortly; which will include DMA contact information in case you have any questions or concerns regarding this FOIA request.

Respectfully,

United States Fish and Wildlife Service
Headquarters Freedom of Information Act Office
MS: IRTM
5275 Leesburg Pike
Falls Church, VA  22041


---------- Forwarded message ---------
From: **U.S. Department of the Interior** <doi-webforms@ios.doi.gov>
Date: Thu, Oct 18, 2018 at 11:38 AM
Subject: FOIA from: David A. Garcia
To: <fwhq_foia@fws.gov>


Submitted on Thursday, October 18, 2018 - 11:38am
Submitted by anonymous user: [10.156.8.158]
Submitted values are:
Your Name: David A. Garcia
Mailing Address: 3191 Coral Way Ste. 607
City: Miami
State or Country: FL
Zip or Postal Code: 33145
Address Type: Business
Daytime Phone Number: 3055109312
Fax Number:
E-mail Address: dgarcia@pradaurizar.com
Confirm E-mail Address : dgarcia@pradaurizar.com
Your Organization: Organization of Professional Aviculturist (OPA)
Are you filing the request on behalf of another party? Yes
If so, who are you filing the request on behalf of? Organization of Professional Aviculturists
Contact Information Certification: I certify that the above statement(s) concerning who I am filing the request on behalf of are true and correct to the best of my knowledge and belief. If I want to receive greater access to records about a person I represent, I will submit proof that the person consents to the release of the records to me, as discussed in 43 C.F.R. § 2.9.
Bureau/Office: Fish & Wildlife Service (FWS)
Relevant park, refuge, site or other location:
Request Description: All information relating to FWS procedures for considering a petition under section 4909 of the Wild Bird Conservation Act.
Requester's Communication Preferences: Electronic communication via email
Document Disclosure Preferences: Electronic copies via email
Select the applicable reason why you are requesting expedited processing:
Justification for Expedited Processing:
Expedited Processing Certification:
Please select the appropriate statement: I am requesting a waiver or reduction of fees.

I agree to pay fees up to this particular amount: $10

To assist in determining my requester category to assess fees, you should know that I am: affiliated with an educational or noncommercial scientific institution and this request is made for a scholarly or scientific purpose and not for commercial use

Affiliated Organization: Organization of Professional Aviculturist (OPA)

Check the boxes to the right to confirm that you meet the Department's fee waiver criteria:
 - Disclosure of the information is in the public interest because it is likely to contribute significantly to public understanding of the operations or activities of the Government.
 - Disclosure of the information is not primarily in my commercial interest.

Please explain why your request for a waiver of fees or a reduction in fees is justified.: e OPA is requesting information regarding the Wild Bird Conservation Act and relevant agency actions so as to determine if the agency is complying with its obligations under the statute and to further determine if legal action is needed to ensure that agency appropriately complies with its obligations. This information is not for a commercial purpose but is research undertaken by the OPA to determine what actions the agency has so far taken to comply with its obligations under WBCA and what actions the OPA will take in light of those actions. This information is necessary to provide the public with a greater understanding of the government's actions and will be publicized by the OPA, without a commercial gain on our part.


The results of this submission may be viewed at:
https://www.doi.gov/node/11498/submission/478678



--
United States Fish and Wildlife Service
Headquarters Freedom of Information Act Office
MS: IRTM
5275 Leesburg Pike
Falls Church, VA  22041

# Exhibit J



David Garcia <dgarcia@pradaurizar.com>

## New Request (3) 12/18; Fwd: FOIA from: David A. Garcia
1 message

**FOIA, FWHQ** <fwhq_foia@fws.gov>                                    Thu, Oct 18, 2018 at 3:38 PM
To: dgarcia@pradaurizar.com
Cc: Brenda Tapia <brenda_tapia@fws.gov>, Mary Cogliano <mary_cogliano@fws.gov>

Dear David A. Garcia,

The United States Fish and Wildlife Service (FWS) Headquarters FOIA Office received your request dated October 18, 2018.   We have forwarded your request to our Division of Management Authority (DMA) for processing.  You will receive a formal acknowledgement shortly; which will include DMA contact information in case you have any questions or concerns regarding this FOIA request.

Respectfully,

United States Fish and Wildlife Service
Headquarters Freedom of Information Act Office
MS: IRTM
5275 Leesburg Pike
Falls Church, VA  22041


---------- Forwarded message ---------
From: **U.S. Department of the Interior** <doi-webforms@ios.doi.gov>
Date: Thu, Oct 18, 2018 at 12:26 PM
Subject: FOIA from: David A. Garcia
To: <fwhq_foia@fws.gov>


Submitted on Thursday, October 18, 2018 - 12:26pm
Submitted by anonymous user: [10.156.8.158]
Submitted values are:
Your Name: David A. Garcia
Mailing Address: 3191 Coral Way Ste. 607
City: Miami
State or Country: FL
Zip or Postal Code: 33145
Address Type: Business
Daytime Phone Number: 3055109312
Fax Number:
E-mail Address: dgarcia@pradaurizar.com
Confirm E-mail Address : dgarcia@pradaurizar.com
Your Organization: Organization of Professional Aviculturist (OPA)
Are you filing the request on behalf of another party? Yes
If so, who are you filing the request on behalf of? Organization of Professional Aviculturists
Contact Information Certification: I certify that the above statement(s) concerning who I am filing the request on behalf of are true and correct to the best of my knowledge and belief. If I want to receive greater access to records about a person I represent, I will submit proof that the person consents to the release of the records to me, as discussed in 43 C.F.R. § 2.9.
Bureau/Office: Fish & Wildlife Service (FWS)
Relevant park, refuge, site or other location:
Request Description: The OPA is requesting all information and internal guidance relating to USFWS interpretation of sections 4905 and 4906 of the Wild Bird Conservation Act
Requester's Communication Preferences: Electronic communication via email
Document Disclosure Preferences: Electronic copies via email
Select the applicable reason why you are requesting expedited processing:
Justification for Expedited Processing:
Expedited Processing Certification:
Please select the appropriate statement: I am requesting a waiver or reduction of fees.

I agree to pay fees up to this particular amount: $10
To assist in determining my requester category to assess fees, you should know that I am: affiliated with an educational or noncommercial scientific institution and this request is made for a scholarly or scientific purpose and not for commercial use
Affiliated Organization: Organization of Professional Aviculturist (OPA)
Check the boxes to the right to confirm that you meet the Department's fee waiver criteria:
 - Disclosure of the information is in the public interest because it is likely to contribute significantly to public understanding of the operations or activities of the Government.
 - Disclosure of the information is not primarily in my commercial interest.
Please explain why your request for a waiver of fees or a reduction in fees is justified.:
 The OPA is requesting information regarding the Wild Bird Conservation Act and relevant agency actions so as to determine if the agency is complying with its obligations under the statute and to further determine if legal action is needed to ensure that agency appropriately complies with its obligations. This information is not for a commercial purpose but is research undertaken by the OPA to determine what actions the agency has so far taken to comply with its obligations under WBCA and what actions the OPA will take in light of those actions. This information is necessary to provide the public with a greater understanding of the government's actions and will be publicized by the OPA, without a commercial gain on our part.


The results of this submission may be viewed at:
https://www.doi.gov/node/11498/submission/478696


--
United States Fish and Wildlife Service
Headquarters Freedom of Information Act Office
MS: IRTM
5275 Leesburg Pike
Falls Church, VA  22041

# Exhibit K



David Garcia <dgarcia@pradaurizar.com>

---

## Out of Office Re: [EXTERNAL] Re: New Request (1); Fwd: FOIA from: David A. Garcia

1 message

---

**Cogliano, Mary** <mary_cogliano@fws.gov>                    Wed, Nov 14, 2018 at 12:34 PM
To: dgarcia@pradaurizar.com

I will be out of the office through November 23rd. If you have permit-related questions, please contact us at managementauthority@fws.gov or call 1-800-358-2104. If you have an urgent matter and wish to speak to a manager, please contact Acting Branch Chief, Clifton Horton at (703) 358-1908 or clifton_horton@fws.gov.

--
Mary Cogliano, Ph.D.
Chief, Branch of Permits
Division of Management Authority
U.S. Fish and Wildlife Service
5275 Leesburg Pike, MS: IA
Falls Church, VA 22041-3803
Phone: (703) 358-1991

# Exhibit L



David Garcia <dgarcia@pradaurizar.com>

---

## FOIA requests
3 messages

---

**Tapia, Brenda** <brenda_tapia@fws.gov>                                                                      Fri, Nov 16, 2018 at 2:27 PM
To: dgarcia@pradaurizar.com
Cc: "Hyde-Michaels, Carrie" <carrie_hyde-michaels@fws.gov>

Dear Mr. Garcia,

Please see the FOIA request numbers for reference. We are in the process of creating the acknowledgement letters and determine which program within International Affairs will be processing your requests.

**FWS-2019-00156:**
"The OPA request all information relating to the attempt by the Argentinian CITES authority to petition the USFWS to allow for sustainable import of blue front amazon."

**FWS-2019-00157:**
"The OPA is requesting all information and internal guidance relating to USFWS interpretation of sections 4905 and 4906 of the Wild Bird Conservation Act."

**FWS-2019-00158:**
"All information relating to FWS procedures for considering a petition under section 4909 of the Wild Bird Conservation Act."

**FWS-2019-00159:**
"1) The OPA is also requesting all information, relating to the approval of permits for consortium/cooperative breeding agreements.

1a) This includes but is not limited to all information, relating to the approval of permits of consortium/cooperative breeding agreements of CITES appendix 1 listed species."

**FWS-2019-00160:**
"The OPA requests from FWS all documents relating to its interpretation of its obligations under WBCA."

**FWS-2019-00161:**
"1) The OPA is requesting all information related to FWS's obligations to issue regulations under the Wild Bird Conservation Act. Particularly, we are requesting information relating to the agencies failure to include additional species on the approved list for captive-bred species."

**FWS-2019-00162:**
"The OPA is requesting all information, relating to the approval of permits for personal pets."

**FWS-2019-00163:**
"The OPA requests from FWS all internal documents, memoranda, policy manuals, guidance, training manuals, etc. relating to the approval of permits for import or export of exotic avian species into or out of the United States."

If you have any questions, please do not hesitate to contact me.
--

Thank you,
Brenda Tapia

Program Analyst/Data Management
U.S. Fish and Wildlife Service
Division of Management Authority (DMA)
Branch of Permits, MS: IA
5275 Leesburg Pike
Falls Church, VA 22041
Ph: 800-358-2104 x.1989 or 703-358-2104 x.1989
Fax: 703-358-2280
Sign up for our e-newsletter to learn how we're working around the globe to protect species and their habitats!

---

**David Garcia** <dgarcia@pradaurizar.com>                    Fri, Nov 16, 2018 at 2:49 PM
To: Brenda Tapia <brenda_tapia@fws.gov>
Cc: Mark Prada <mprada@pradaurizar.com>

Hello Ms. Tapia,

Thank you for the information. However, all of the Organization of Professional Aviculturalist's FOIA requests are outside the 20 business day statutory period for a response from the agency. Nor has the agency invoked the 10-day extension, which as I'm sure you know, means the agency is not in compliance with its statutory obligations.

Therefore, we are expecting a response as soon as possible. I spoke with FOIA Liason Carrie Hyde-Michaels yesterday. She informed me that the agency did not intend to comply with the statutory obligation, this is very concerning. I do not have my conversation notes in front of me, but I believe Ms. Hyde-Michaels informed me that it could be months until the agency would provide a response to these requests. Frankly, this is unacceptable.

When do you expect the agency to provide a response?

--
Thank you,
David A. Garcia
Law Clerk

# PRADAURIZAR
**IMMIGRATION & NATIONALITY ATTORNEYS**

**3191 Coral Way, Suite 607 | Miami, Florida 33145**
**T: (786) 703-2061 | F: (786) 708-9508 | D: (786) 238-2222**
**www.pradaurizar.com**

This e-mail, as well as any attachments to same, is covered by the Electronic Communications Privacy Act, 18 U.S. C. §§ 2510-2521 and is legally privileged under federal and state laws, including but not limited to laws applicable to the attorney-client privilege and other private matters. The information contained in this e-mail is intended only for use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, please destroy the email after advising by reply that you erroneously received this. The receipt by anyone other than the designated recipient does not waive the attorney-client privilege, nor will it constitute a waiver of the work-product doctrine.

[Quoted text hidden]
--
Thank you,
David A. Garcia
Law Clerk

# PRADAURIZAR
**IMMIGRATION & NATIONALITY ATTORNEYS**

**3191 Coral Way, Suite 607 | Miami, Florida 33145**
**T: (786) 703-2061 | F: (786) 708-9508 | D: (786) 238-2222**

This e-mail, as well as any attachments to same, is covered by the Electronic Communications Privacy Act, 18 U. S. C. §§ 2510-2521 and is legally privileged under federal and state laws, including but not limited to laws applicable to the attorney-client privilege and other private matters. The information contained in this e-mail is intended only for use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, please destroy the email after advising by reply that you erroneously received this. The receipt by anyone other than the designated recipient does not waive the attorney-client privilege, nor will it constitute a waiver of the work-product doctrine.

---

**Tapia, Brenda** <brenda_tapia@fws.gov>                                    Mon, Nov 19, 2018 at 7:10 AM
To: dgarcia@pradaurizar.com

Dear Mr. Garcia,

The FOIA requests that you have submitted are very broad in nature and will take additional time to process as written.  If you would like to narrow the scope of any of the requests, such as limiting the timeframe to just the last two years, it would be significantly faster to process these requests.  Please see the estimated timeframe to process each request below.  They would all be processed within the same office by the same individual, so if you are able to identify which requests you would like to receive first, that would help us prioritize which one to begin with.

**FWS-2019-00156:**
"The OPA request all information relating to the attempt by the Argentinian CITES authority to petition the USFWS to allow for sustainable import of blue front amazon."

This request is very broad and the search results will be voluminous. It could take an estimated 8 months to complete since we may need to go to the off site storage facility to retrieve numerous boxes, which would then have to be reviewed by hand.  We would suggest that you narrow the scope to a more specific timeframe, such as the past two years.  The cost of processing this request will be more than the $100 you have indicated you are willing to pay.

**FWS-2019-00157:**
"The OPA is requesting all information and internal guidance relating to USFWS interpretation of sections 4905 and 4906 of the Wild Bird Conservation Act."

For this request, the estimated completion date would be less than a month from the start of processing the request.

**FWS-2019-00158:**
"All information relating to FWS procedures for considering a petition under section 4909 of the Wild Bird Conservation Act."

For this request, the estimated time frame of completion would be less than a month from the start of processing the request.

**FWS-2019-00159:**
"1) The OPA is also requesting all information, relating to the approval of permits for consortium/cooperative breeding agreements.

1a) This includes but is not limited to all information, relating to the approval of permits of consortium/cooperative breeding agreements of CITES appendix 1 listed species."

This is a very broad request. We estimate that it would take 4 months or longer to process. Suggestions to narrow: Are you looking for looking for cooperate breeding agreements that are current and not expired? Would a spreadsheet be acceptable? Would the agreement letter be acceptable? What species are you looking for? What timeframe are you looking for?  If you can narrow the scope and clarify, this request may be completed in a shorter time frame of estimated 2 months.  The cost of this request as written will also be more than $100 per what you are willing to pay.

**FWS-2019-00160:**
"The OPA requests from FWS all documents relating to its interpretation of its obligations under WBCA."

For this request, the estimated time frame of completion would be less than a month from the start of processing the request.


**FWS-2019-00161:**
"1) The OPA is requesting all information related to FWS's obligations to issue regulations under the Wild Bird Conservation Act. Particularly, we are requesting information relating to the agencies failure to include additional species on the approved list for captive-bred species."

For this request, the estimated time frame of completion would be less than a month from the start of processing the request.


**FWS-2019-00162:**
"The OPA is requesting all information, relating to the approval of permits for personal pets."

This request is extremely broad and could take years to complete.  Suggestions to narrow:  Are you looking for copies of permits, or copies of applications, or just a spreadsheet of what has been approved? What timeframe are you looking into? What species are you looking for?  Even if you narrow the scope to the past two years, there are an estimated 847 files associated with personal pets (applications and issued permits), so the estimated time to complete would be 6 months.  If you were to narrow the scope to one year (applications with permits) or to accept a spreadsheet, this request may be completed in a shorter time frame, likely an estimated 3 months (except for the spreadsheet, which could be processed within a couple of weeks).  The cost to process this request as written will be more than $100 per what you are willing to pay.


**FWS-2019-00163:**
"The OPA requests from FWS all internal documents, memoranda, policy manuals, guidance, training manuals, etc. relating to the approval of permits for import or export of exotic avian species into or out of the United States."

The estimated time to complete this request is 6 months, due to the need to search in different locations to gather this information.  The cost to process this request may be more than $100 per what you are willing to pay.


Thank you,
Brenda Tapia
[Quoted text hidden]

Exhibit M



David Garcia <dgarcia@pradaurizar.com>

# Response to FOIA notification
1 message

**David Garcia** <dgarcia@pradaurizar.com>                    Mon, Nov 19, 2018 at 3:54 PM
To: Brenda Tapia <brenda_tapia@fws.gov>

Hello Ms. Tapia,

This email is in response to the FOIA requests with the tracking numbers FWS-2019-00157, FWS-2019-00158, FWS-2019-00160, FWS-2019-00161.

You informed me that these requests will take less than a month to respond to, **I will restate, this acknowledgment of the OPA's requests and the proposed timeline is beyond the 20-day statutory deadline to all FOIA requests involved.** Assuming that the Service takes another 20 business days to respond to the OPA's requests, this would place those well outside the statutory deadline. Furthermore, as the holidays are fast approaching, it seems unlikely that the Services proposed month extension would actually be met.

Therefore, OPA is requesting an immediate response unless USFWS can demonstrate that there are exceptional circumstances for failing to comply with the statutory deadline, of these simple requests. **Immediate means by the close of business Wednesday, 11/21/2018.**

**The Service is reminded that** " 'exceptional circumstances' does not include a delay that results from a predictable agency workload of requests under [the FOIA]." 5 U.S.C. § 552 (a)(6)(C)(i).

The OPA has an urgent need for this information. **The Service's so far unjustified delay is prejudicing the OPA's interest.**

**Lastly,** the OPA has sought a waiver of fees for all requests. Such requests were submitted with all initial FOIA requests. The OPA is enquiring into whether the Service as adjudicated its fee waiver requests or if it will require any further information relating to the request.

--
Thank you,
David A. Garcia
Law Clerk



3191 Coral Way, Suite 607 | Miami, Florida 33145
T: (786) 703-2061 | F: (786) 708-9508 | D: (786) 238-2222
www.pradaurizar.com

This e-mail, as well as any attachments to same, is covered by the Electronic Communications Privacy Act, 18 U.S. C. §§ 2510-2521 and is legally privileged under federal and state laws, including but not limited to laws applicable to the attorney-client privilege and other private matters. The information contained in this e-mail is intended only for use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, please destroy the email after advising by reply that you erroneously received this. The receipt by anyone other than the designated recipient does not waive the attorney-client privilege, nor will it constitute a waiver of the work-product doctrine.

# Exhibit N



David Garcia <dgarcia@pradaurizar.com>

---

## (no subject)

1 message

---

**David Garcia** <dgarcia@pradaurizar.com>                                      Mon, Nov 19, 2018 at 3:47 PM
To: Mark Prada <mprada@pradaurizar.com>

Ms. Tapia,

You have informed the OPA that the requests listed below are voluminous, therefore OPA will narrow the requests.
**However, OPA will restate, this acknowledgment of the OPA's requests and request to narrow the requests is
beyond the 20-day statutory deadline to all FOIA requests involved.** OPA believes the amended requests to be
sufficiently narrow to warrant an immediate response. Although a request to narrow tolls the deadline, the Service is
already outside its statutory response deadline.

Therefore, OPA is requesting an immediate response unless USFWS can demonstrate that there are exceptional
circumstances for failing to comply with the statutory deadline, of these simple requests. **Immediate means by the close
of business Wednesday, 11/21/2018.**

**The Service is reminded that** " 'exceptional circumstances' does not include a delay that results from a predictable
agency workload of requests under [the FOIA]." 5 U.S.C. § 552 (a)(6)(C)(i).

The OPA has an urgent need for this information. **The Service's so far unjustified delay is prejudicing the OPA's
interest.**

**Lastly,** the OPA has requested a fee waiver relating to these requests, has that request been adjudicated? Does the
service request additional information? Is the service denying the OPA's fee waiver requests? The OPA requests that the
fee waiver requests be adjudicated prior to any search being undertaken by the Service.

**FWS-2019-00156:**

"The OPA request all information relating to the attempt by the Argentinian CITES authority to petition the USFWS to
allow for sustainable import of blue front amazon."

The OPA is specifically requesting information as to why the final proposed rule relating to the listing of wild harvested
Blue Fronted Amazons published in the Federal Register at  68 FR 46559 on August 6, 2003 was never finalized or
issued. And why it was ultimately withdrawn on December 21, 2015, 80 FR 79300.

The OPA's request is limited to all non-publicly available information relating to this issue. This includes internal
communications between the relevant USFWS employees that resulted in a decision to not issue the final rule. As a well
as communications and negotiations between USFWS and the Argentinian Management Authorities.

**FWS-2019-00159:**

"1) The OPA is also requesting all information, relating to the approval of permits for consortium/cooperative breeding
agreements.

1a) This includes but is not limited to all information, relating to the approval of permits of consortium/cooperative
breeding agreements of CITES appendix 1 listed species."

The OPA will limit its requests to the time period since 10/05/2016 - 11/01/2018.  Agreement letters would be acceptable.
A spreadsheet would also be acceptable if it lists all submitted requests and their outcomes within the proposed period,
as well as processing times. The OPA would also like to know whether the cooperative breeding agreements ultimately
approved by the Service resulted from negotiated agreements or were approved as submitted. Also requested are any
non-publically available guidance related to how the Service decides to approve such agreements. The information
requested is limited to agreements for approval of CITES Appendix 1 species.

**FWS-2019-00162:**

"The OPA is requesting all information, relating to the approval of permits for personal pets."

The OPA limits its requests to guidance for approving the export of CITES-listed avian species from the U.S. under the Personal Pet exemption. Specifically, what criteria are used by the Service to determine whether an export is "commercial."

**FWS-2019-00163:**

"The OPA requests from FWS all internal documents, memoranda, policy manuals, guidance, training manuals, etc. relating to the approval of permits for import or export of exotic avian species into or out of the United States."

The OPA will narrow this requests to all general internal guidance and training manuals published relating to the issuance of WBCA permits since 03/04/2013.

--
Thank you,
David A. Garcia
Law Clerk

# PRADA URIZAR
## IMMIGRATION & NATIONALITY ATTORNEYS

3191 Coral Way, Suite 607 | Miami, Florida 33145
T: (786) 703-2061 | F: (786) 708-9508 | D: (786) 238-2222
www.pradaurizar.com

This e-mail, as well as any attachments to same, is covered by the Electronic Communications Privacy Act, 18 U.S. C. §§ 2510-2521 and is legally privileged under federal and state laws, including but not limited to laws applicable to the attorney-client privilege and other private matters. The information contained in this e-mail is intended only for use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, please destroy the email after advising by reply that you erroneously received this. The receipt by anyone other than the designated recipient does not waive the attorney-client privilege, nor will it constitute a waiver of the work-product doctrine.

Exhibit O



David Garcia <dgarcia@pradaurizar.com>

## OPA USFWS FOIA requests

2 messages

**Ford, Patricia** <patricia_ford@fws.gov>                          Wed, Nov 28, 2018 at 12:51 PM
To: dgarcia@pradaurizar.com
Cc: "Tapia, Brenda" <brenda_tapia@fws.gov>

Dear Mr. Garcia,

Please find attached six acknowledgment letters to you regarding your USFWS FOIA requests: 2019-00156, 2019-00157, 2019-00158, 2019-00159, 2019-00160, and 2019-00161.

Please confirm receipt of this email.

Best regards,
Pat

Pat Ford
Division of Scientific Authority
U.S. Fish & Wildlife Service - International Affairs
5275 Leesburg Pike, MS: IA
Falls Church, VA 22041-3803
703-358-2494 / patricia_ford@fws.gov

**6 attachments**

📄 **FWS 2019-00159 ack ltr.pdf**
249K

📄 **FWS-2019-00156 ack ltr.pdf**
267K

📄 **FWS 2019-00160 ack ltr.pdf**
233K

📄 **FWS 2019-00157 ack ltr.pdf**
265K

📄 **FWS 2019-00158 ack ltr.pdf**
226K

📄 **FWS 2019-00061 ack ltr.pdf**
244K

**David Garcia** <dgarcia@pradaurizar.com>                         Wed, Nov 28, 2018 at 1:30 PM
To: mprada@pradaurizar.com

Sent from my iPhone

Begin forwarded message:

**From:** "Ford, Patricia" <patricia_ford@fws.gov>
**Date:** November 28, 2018 at 12:51:24 PM EST
**To:** <dgarcia@pradaurizar.com>
**Cc:** "Tapia, Brenda" <brenda_tapia@fws.gov>
**Subject: OPA USFWS FOIA requests**


[Quoted text hidden]

---

**6 attachments**

📄 **FWS 2019-00159 ack ltr.pdf**
   249K

📄 **FWS-2019-00156 ack ltr.pdf**
   267K

📄 **FWS 2019-00160 ack ltr.pdf**
   233K

📄 **FWS 2019-00157 ack ltr.pdf**
   265K

📄 **FWS 2019-00158 ack ltr.pdf**
   226K

📄 **FWS 2019-00061 ack ltr.pdf**
   244K





# United States Department of the Interior

## FISH AND WILDLIFE SERVICE

5275 Leesburg Pike, MS: IRTM
Falls Church, VA 22041

In Reply Refer To:
FWS/AIA/DSA/FOIA-FWS-2019-00156

November 28, 2018

David A. Garcia
Organization of Professional Aviculturists
3191 Coral Way, Suite 607
Miami, Florida  33145
E-mail address:  dgarcia@pradaurizar.com

Dear Mr. Garcia:

The U.S. Fish and Wildlife Service Headquarters Freedom of Information Act (FOIA) Office received your FOIA request dated October 18, 2018 and assigned it control number FWS-2019-00156.  Please cite this number in any future communications with our office regarding your request.  You requested the following:

> "...all information relating to the attempt by the Argentinian CITES authority to petition the USFWS to allow for sustainable import of blue front amazon."

We have classified you as an "other-use" requester.  As such, we may charge you for some of our search and duplication costs, but we will not charge you for our review costs; you are also entitled to up to 2 hours of search time and 100 pages of photocopies (or an equivalent volume) for free.  *See 43 C.F.R. § 2.39.*  However, if our processing costs are less than $50.00, we will not bill you because the cost of collection would be greater than the fee collected. *See 43 C.F.R. § 2.37(g).*

We use Multitrack Processing to process FOIA requests. The Simple track is for requests that can be processed in one to five workdays. The Normal track is for requests that can be processed in six to twenty workdays. The Complex track is for requests that can be processed in twenty- one to sixty workdays. The Exceptional/Voluminous track is for requests requiring more than sixty workdays for processing. The Expedited track is for requests that have been granted expedited processing. Within each track, requests are usually processed on a first-in, first-out basis.

Your request falls into the complex processing track.  You may narrow the scope of your request to obtain quicker processing in your currently- assigned track or move the request into a faster track.  If you have any questions about this, please contact us.

As yet, we have been unable to make a determination on your request.  We apologize for this delay. Although we hope that you will wait so that we can complete our search, review, duplication, or consultation process, please note that you may seek dispute resolution services from our FOIA Public

1

Liaison, Carrie Hyde-Michaels at (703) 358-2291 and/or seek dispute resolution services from the Office of Government Information Services (OGIS).

If you choose to contact OGIS, you may do so in any of the following ways:

Office of Government Information Services
National Archives and Records Administration
8601 Adelphi Road - OGIS
College Park, MD 20740-6001
E-mail: ogis@nara.gov
Web: https://ogis.archives.gov
Telephone: 202-741-5770
Fax: 202-741-5769
Toll-free: 1-877-684-6448

You may also file an appeal with the Department's FOIA/Privacy Act Appeals Officer regarding this delay. If you choose to appeal this delay, you may do so anytime between now and the date we make our determination on the FOIA request. Appeals arriving or delivered after 5 p.m. Eastern Time, Monday through Friday, will be deemed received on the next workday.

**Your appeal must be made in writing.** You may submit your appeal and accompanying materials to the FOIA/Privacy Act Appeals Officer by mail, courier service, fax, or email. All communications concerning your appeal should be clearly marked with the words: "FREEDOM OF INFORMATION APPEAL." You must also include with your appeal copies of all correspondence between you and FWS concerning your FOIA request, including your original FOIA request and FWS's response. Failure to include with your appeal all correspondence between you and FWS will result in the Department's rejection of your appeal, unless the FOIA/Privacy Act Appeals Officer determines (in the FOIA/Privacy Act Appeals Officer's sole discretion) that good cause exists to accept the defective appeal.

Please include your name and daytime telephone number (or the name and telephone number of an appropriate contact), email address and fax number (if available) in case the FOIA/Privacy Act Appeals Officer needs additional information or clarification of your appeal.

*DOI FOIA/Privacy Act Appeals Office Contact Information*

Department of the Interior
Office of the Solicitor
1849 C Street, N.W.
MS-6556 MIB
Washington, DC 20240

Attn: FOIA/Privacy Act Appeals Office

Telephone: (202) 208-5339
Fax: (202) 208-6677
E-mail: FOIA.Appeals@sol.doi.gov

2

We regret the delay and appreciate your consideration.  For more information on FOIA Administrative Appeals, you may review the Department's FOIA regulations at *43 C.F.R. Part 2, Subpart H*.  If you have any questions, you may contact Brenda Tapia by phone at (703) 359-1989, or by email at brenda_tapia@fws.gov.

Sincerely,

For    Carrie Hyde-Michaels
FWS FOIA Officer

3



# United States Department of the Interior

## FISH AND WILDLIFE SERVICE

5275 Leesburg Pike, MS: IRTM
Falls Church, VA 22041

In Reply Refer To:
FWS/AIA/DSA/FOIA: 2019-00157

November 28, 2018

David A. Garcia
Organization of Professional Aviculturists
3191 Coral Way, Suite 607
Miami, Florida 33145
E-mail address: dgarcia@pradaurizar.com

Dear Mr. Garcia:

The U.S. Fish and Wildlife Service Headquarters Freedom of Information Act (FOIA) Office received your FOIA request dated October 18, 2018 and assigned it control number FWS-2019-00157. Please cite this number in any future communications with our office regarding your request. You requested the following:

> "...all information and internal guidance relating to USFWS interpretation of sections 4905 and 4906 of the Wild Bird Conservation Act."

We have classified you as an "other-use" requester. As such, we may charge you for some of our search and duplication costs, but we will not charge you for our review costs; you are also entitled to up to 2 hours of search time and 100 pages of photocopies (or an equivalent volume) for free. *See 43 C.F.R. § 2.39.* However, if our processing costs are less than $50.00, we will not bill you because the cost of collection would be greater than the fee collected. *See 43 C.F.R. § 2.37(g).*

We use Multitrack Processing to process FOIA requests. The Simple track is for requests that can be processed in one to five workdays. The Normal track is for requests that can be processed in six to twenty workdays. The Complex track is for requests that can be processed in twenty-one to sixty workdays. The Exceptional/Voluminous track is for requests requiring more than sixty workdays for processing. The Expedited track is for requests that have been granted expedited processing. Within each track, requests are usually processed on a first-in, first-out basis.

We have determined that your FOIA request is within the complex processing track. You may narrow the scope of your request to obtain quicker processing in your currently assigned track or move the request into a faster track. If you have any questions about this, please contact us.

As yet, we have been unable to make a determination on your request. We apologize for this delay. Although we hope that you will wait so that we can complete our search, review, duplication, or consultation process, please note that you may seek dispute resolution services

Mr. Garcia

from our FOIA Public Liaison, Carrie Hyde-Michaels at (703) 358-2291 and/or seek dispute resolution services from the Office of Government Information Services (OGIS).
If you choose to contact OGIS, you may do so in any of the following ways:

Office of Government Information Services
National Archives and Records Administration
8601 Adelphi Road - OGIS
College Park, MD 20740-6001
E-mail: ogis@nara.gov
Web: https://ogis.archives.gov
Telephone: 202-741-5770
Fax: 202-741-5769
Toll-free: 1-877-684-6448

You may also file an appeal with the Department's FOIA/Privacy Act Appeals Officer regarding this delay.  If you choose to appeal this delay, you may do so anytime between now and the date we make our determination on the FOIA request.  Appeals arriving or delivered after 5 p.m. Eastern Time, Monday through Friday, will be deemed received on the next workday.

**<u>Your appeal must be made in writing.</u>**  You may submit your appeal and accompanying materials to the FOIA/Privacy Act Appeals Officer by mail, courier service, fax, or email.  All communications concerning your appeal should be clearly marked with the words: "FREEDOM OF INFORMATION APPEAL."  You must also include with your appeal copies of all correspondence between you and FWS concerning your FOIA request, including your original FOIA request and FWS's response.  Failure to include with your appeal all correspondence between you and FWS will result in the Department's rejection of your appeal, unless the FOIA/Privacy Act Appeals Officer determines (in the FOIA/Privacy Act Appeals Officer's sole discretion) that good cause exists to accept the defective appeal.

Please include your name and daytime telephone number (or the name and telephone number of an appropriate contact), email address and fax number (if available) in case the FOIA/Privacy Act Appeals Officer needs additional information or clarification of your appeal.

DOI FOIA/Privacy Act Appeals Office Contact Information

Department of the Interior
Office of the Solicitor
1849 C Street, N.W.
MS-6556 MIB
Washington, DC 20240

Attn: FOIA/Privacy Act Appeals Office

Telephone: (202) 208-5339
Fax: (202) 208-6677
E-mail: FOIA.Appeals@sol.doi.gov

2

Mr. Garcia


We regret the delay and appreciate your consideration.  For more information on FOIA Administrative Appeals, you may review the Department's FOIA regulations at <u>43 C.F.R. Part 2, Subpart H.</u>  If you have any further questions relating to this response, please contact Ms. Pat Ford (USFWS Division of Scientific Authority, MS: IA, 5275 Leesburg Pike, Falls Church, Virginia 22041 (phone: 703- 358-2494; e-mail: patricia_ford@fws.gov).

Sincerely,



For       Carrie Hyde-Michaels
          FWS FOIA Officer



# United States Department of the Interior

### FISH AND WILDLIFE SERVICE

5275 Leesburg Pike, MS: IRTM
Falls Church, VA 22041

In Reply Refer To:
FWS/AIA/DSA/FOIA: 2019-00158

November 28, 2018

David A. Garcia
Organization of Professional Aviculturists
3191 Coral Way, Suite 607
Miami, Florida  33145
E-mail address: dgarcia@pradaurizar.com

Dear Mr. Garcia:

The U.S. Fish and Wildlife Service Headquarters Freedom of Information Act (FOIA) Office received your FOIA request dated October 18, 2018 and assigned it control number FWS-2019-00158.  Please cite this number in any future communications with our office regarding your request.  You requested the following:

> "…*All information relating to FWS procedures for considering a petition under section 4909 of the Wild Bird Conservation Act.*"

We have classified you as an "other-use" requester.  As such, we may charge you for some of our search and duplication costs, but we will not charge you for our review costs; you are also entitled to up to 2 hours of search time and 100 pages of photocopies (or an equivalent volume) for free.  *See 43 C.F.R. § 2.39.*  However, if our processing costs are less than $50.00, we will not bill you because the cost of collection would be greater than the fee collected. *See 43 C.F.R. § 2.37(g).*

We use Multitrack Processing to process FOIA requests.  The Simple track is for requests that can be processed in one to five workdays.  The Normal track is for requests that can be processed in six to twenty workdays.  The Complex track is for requests that can be processed in twenty-one to sixty workdays.  The Exceptional/Voluminous track is for requests requiring more than sixty workdays for processing.  The Expedited track is for requests that have been granted expedited processing.  Within each track, requests are usually processed on a first-in, first-out basis.

Your request falls into the complex processing track.  You may narrow the scope of your request to obtain quicker processing in your currently- assigned track or move the request into a faster track.  If you have any questions about this, please contact us.

As yet, we have been unable to make a determination on your request.  We apologize for this delay.  Although we hope that you will wait so that we can complete our search, review,

Mr. Garcia

duplication, or consultation process, please note that you may seek dispute resolution services from our FOIA Public Liaison, Carrie Hyde-Michaels at (703) 358-2291 and/or seek dispute resolution services from the Office of Government Information Services (OGIS).

If you choose to contact OGIS, you may do so in any of the following ways:

Office of Government Information Services
National Archives and Records Administration
8601 Adelphi Road - OGIS
College Park, MD 20740-6001
E-mail: ogis@nara.gov
Web: https://ogis.archives.gov
Telephone: 202-741-5770
Fax: 202-741-5769
Toll-free: 1-877-684-6448

You may also file an appeal with the Department's FOIA/Privacy Act Appeals Officer regarding this delay. If you choose to appeal this delay, you may do so anytime between now and the date we make our determination on the FOIA request. Appeals arriving or delivered after 5 p.m. Eastern Time, Monday through Friday, will be deemed received on the next workday.

**<u>Your appeal must be made in writing</u>.** You may submit your appeal and accompanying materials to the FOIA/Privacy Act Appeals Officer by mail, courier service, fax, or email. All communications concerning your appeal should be clearly marked with the words: "FREEDOM OF INFORMATION APPEAL." You must also include with your appeal copies of all correspondence between you and FWS concerning your FOIA request, including your original FOIA request and FWS's response. Failure to include with your appeal all correspondence between you and FWS will result in the Department's rejection of your appeal, unless the FOIA/Privacy Act Appeals Officer determines (in the FOIA/Privacy Act Appeals Officer's sole discretion) that good cause exists to accept the defective appeal.

Please include your name and daytime telephone number (or the name and telephone number of an appropriate contact), email address and fax number (if available) in case the FOIA/Privacy Act Appeals Officer needs additional information or clarification of your appeal.

DOI FOIA/Privacy Act Appeals Office Contact Information

Department of the Interior
Office of the Solicitor
1849 C Street, N.W.
MS-6556 MIB
Washington, DC 20240


Attn: FOIA/Privacy Act Appeals Office

2

Mr. Garcia

Telephone: (202) 208-5339
Fax: (202) 208-6677
E-mail: FOIA.Appeals@sol.doi.gov

We regret the delay and appreciate your consideration.  For more information on FOIA Administrative Appeals, you may review the Department's FOIA regulations at 43 C.F.R. Part 2, Subpart H.  If you have any further questions relating to this response, please contact Ms. Pat Ford (USFWS Division of Scientific Authority, MS: IA, 5275 Leesburg Pike, Falls Church, Virginia 22041 (phone: 703- 358-2494; e-mail: patricia_ford@fws.gov).

Sincerely,

FOR Carrie Hyde-Michaels
FWS FOIA Officer



# United States Department of the Interior

FISH AND WILDLIFE SERVICE
5275 Leesburg Pike, MS: IRTM
Falls Church, VA 22041

In Reply Refer To:
FWS/AIA/DSA/FOIA: 2019-00159

November 28, 2018

David A. Garcia
Organization of Professional Aviculturists
3191 Coral Way, Suite 607
Miami, Florida  33145
E-mail address: dgarcia@pradaurizar.com

Dear Mr. Garcia:

The U.S. Fish and Wildlife Service Headquarters Freedom of Information Act (FOIA) Office received your FOIA request dated October 15, 2018 and assigned it control number FWS-2019-00159.  Please cite this number in any future communications with our office regarding your request.  You requested the following:

> *"… all information, relating to the approval of permits for consortium/cooperative breeding agreements.  This includes but is not limited to all information, relating to the approval of permits of consortium/cooperative breeding agreements of CITES appendix 1 listed species*."

We have classified you as an "other-use" requester.  As such, we may charge you for some of our search and duplication costs, but we will not charge you for our review costs; you are also entitled to up to 2 hours of search time and 100 pages of photocopies (or an equivalent volume) for free.  *See 43 C.F.R. § 2.39.*  However, if our processing costs are less than $50.00, we will not bill you because the cost of collection would be greater than the fee collected. *See 43 C.F.R. § 2.37(g).*

We use Multitrack Processing to process FOIA requests.  The Simple track is for requests that can be processed in one to five workdays.  The Normal track is for requests that can be processed in six to twenty workdays.  The Complex track is for requests that can be processed in twenty-one to sixty workdays.  The Exceptional/Voluminous track is for requests requiring more than sixty workdays for processing.  The Expedited track is for requests that have been granted expedited processing.  Within each track, requests are usually processed on a first-in, first-out basis.

Your request falls into the exceptional/voluminous processing track.  You may narrow the scope of your request to obtain quicker processing in your currently- assigned track or move the request into a faster track.  If you have any questions about this, please contact us.

As yet, we have been unable to make a determination on your request.  We apologize for this delay.  Although we hope that you will wait so that we can complete our search, review,

Mr. Garcia

duplication, or consultation process, please note that you may seek dispute resolution services from our FOIA Public Liaison, Carrie Hyde-Michaels at (703) 358-2291 and/or seek dispute resolution services from the Office of Government Information Services (OGIS).

If you choose to contact OGIS, you may do so in any of the following ways:

Office of Government Information Services
National Archives and Records Administration
8601 Adelphi Road - OGIS
College Park, MD 20740-6001
E-mail: ogis@nara.gov
Web: https://ogis.archives.gov
Telephone: 202-741-5770
Fax: 202-741-5769
Toll-free: 1-877-684-6448

You may also file an appeal with the Department's FOIA/Privacy Act Appeals Officer regarding this delay. If you choose to appeal this delay, you may do so anytime between now and the date we make our determination on the FOIA request. Appeals arriving or delivered after 5 p.m. Eastern Time, Monday through Friday, will be deemed received on the next workday.

**Your appeal must be made in writing.** You may submit your appeal and accompanying materials to the FOIA/Privacy Act Appeals Officer by mail, courier service, fax, or email. All communications concerning your appeal should be clearly marked with the words: "FREEDOM OF INFORMATION APPEAL." You must also include with your appeal copies of all correspondence between you and FWS concerning your FOIA request, including your original FOIA request and FWS's response. Failure to include with your appeal all correspondence between you and FWS will result in the Department's rejection of your appeal, unless the FOIA/Privacy Act Appeals Officer determines (in the FOIA/Privacy Act Appeals Officer's sole discretion) that good cause exists to accept the defective appeal.

Please include your name and daytime telephone number (or the name and telephone number of an appropriate contact), email address and fax number (if available) in case the FOIA/Privacy Act Appeals Officer needs additional information or clarification of your appeal.

DOI FOIA/Privacy Act Appeals Office Contact Information

Department of the Interior
Office of the Solicitor
1849 C Street, N.W.
MS-6556 MIB
Washington, DC 20240

Attn: FOIA/Privacy Act Appeals Office

2

Mr. Garcia

Telephone: (202) 208-5339<br>
Fax: (202) 208-6677<br>
E-mail: FOIA.Appeals@sol.doi.gov

We regret the delay and appreciate your consideration.  For more information on FOIA Administrative Appeals, you may review the Department's FOIA regulations at <u>43 C.F.R. Part 2, Subpart H</u>.   If you have any further questions relating to this response, please contact Ms. Brenda Tapia (USFWS Division of Scientific Authority, MS: IA, 5275 Leesburg Pike, Falls Church, Virginia 22041 (phone: 703- 358-1989; e-mail: <u>brenda_tapia@fws.gov</u>.

Sincerely,

For   Carrie Hyde-Michaels
      FWS FOIA Officer




United States Department of the Interior

**FISH AND WILDLIFE SERVICE**
**5275 Leesburg Pike, MS: IRTM**
**Falls Church, VA 22041**

In Reply Refer To:
FWS/AIA/DSA/FOIA: 2019-00160

November 28, 2018

David A. Garcia
Organization of Professional Aviculturists
3191 Coral Way, Suite 607
Miami, Florida  33145
E-mail address: dgarcia@pradaurizar.com

Dear Mr. Garcia:

The U.S. Fish and Wildlife Service Headquarters Freedom of Information Act (FOIA) Office received your FOIA request dated October 15, 2018 and assigned it control number FWS-2019-00160.  Please cite this number in any future communications with our office regarding your request.  You requested the following:

> *"...all documents relating to its interpretation of its obligations under WBCA."*

We have classified you as an "other-use" requester.  As such, we may charge you for some of our search and duplication costs, but we will not charge you for our review costs; you are also entitled to up to 2 hours of search time and 100 pages of photocopies (or an equivalent volume) for free.  *See 43 C.F.R. § 2.39.*  However, if our processing costs are less than $50.00, we will not bill you because the cost of collection would be greater than the fee collected. *See 43 C.F.R. § 2.37(g).*

We use Multitrack Processing to process FOIA requests.  The Simple track is for requests that can be processed in one to five workdays.  The Normal track is for requests that can be processed in six to twenty workdays.  The Complex track is for requests that can be processed in twenty-one to sixty workdays.  The Exceptional/Voluminous track is for requests requiring more than sixty workdays for processing.  The Expedited track is for requests that have been granted expedited processing.  Within each track, requests are usually processed on a first-in, first-out basis.

Your request falls into the complex processing track.  You may narrow the scope of your request to obtain quicker processing in your currently assigned track or move the request into a faster track.  If you have any questions about this, please contact us.

As yet, we have been unable to make a determination on your request.  We apologize for this delay.  Although we hope that you will wait so that we can complete our search, review, duplication, or consultation process, please note that you may seek dispute resolution services from our FOIA Public Liaison, Carrie Hyde-Michaels at (703) 358-2291 and/or seek dispute resolution services from the Office of Government Information Services (OGIS).

Mr. Garcia

If you choose to contact OGIS, you may do so in any of the following ways:

Office of Government Information Services
National Archives and Records Administration
8601 Adelphi Road - OGIS
College Park, MD 20740-6001
E-mail: ogis@nara.gov
Web: https://ogis.archives.gov
Telephone: 202-741-5770
Fax: 202-741-5769
Toll-free: 1-877-684-6448

You may also file an appeal with the Department's FOIA/Privacy Act Appeals Officer regarding this delay.  If you choose to appeal this delay, you may do so anytime between now and the date we make our determination on the FOIA request.  Appeals arriving or delivered after 5 p.m. Eastern Time, Monday through Friday, will be deemed received on the next workday.

**<u>Your appeal must be made in writing.</u>**  You may submit your appeal and accompanying materials to the FOIA/Privacy Act Appeals Officer by mail, courier service, fax, or email.  All communications concerning your appeal should be clearly marked with the words: "FREEDOM OF INFORMATION APPEAL."  You must also include with your appeal copies of all correspondence between you and FWS concerning your FOIA request, including your original FOIA request and FWS's response.  Failure to include with your appeal all correspondence between you and FWS will result in the Department's rejection of your appeal, unless the FOIA/Privacy Act Appeals Officer determines (in the FOIA/Privacy Act Appeals Officer's sole discretion) that good cause exists to accept the defective appeal.

Please include your name and daytime telephone number (or the name and telephone number of an appropriate contact), email address and fax number (if available) in case the FOIA/Privacy Act Appeals Officer needs additional information or clarification of your appeal.

DOI FOIA/Privacy Act Appeals Office Contact Information

Department of the Interior
Office of the Solicitor
1849 C Street, N.W.
MS-6556 MIB
Washington, DC 20240

Attn: FOIA/Privacy Act Appeals Office

Telephone: (202) 208-5339
Fax: (202) 208-6677
E-mail: FOIA.Appeals@sol.doi.gov

2

Mr. Garcia

We regret the delay and appreciate your consideration.  For more information on FOIA Administrative Appeals, you may review the Department's FOIA regulations at <u>43 C.F.R. Part 2, Subpart H</u>.  If you have any further questions relating to this response, please contact Ms. Pat Ford (USFWS Division of Scientific Authority, MS: IA, 5275 Leesburg Pike, Falls Church, Virginia 22041 (phone: 703- 358-2494; e-mail: patricia_ford@fws.gov).

Sincerely,

For   Carrie Hyde-Michaels
      FWS FOIA Officer



## United States Department of the Interior

FISH AND WILDLIFE SERVICE
5275 Leesburg Pike, MS: IRTM
Falls Church, VA 22041

In Reply Refer To:
FWS/AIA/DSA/FOIA: 2019-00161

November 28, 2018

David A. Garcia
Organization of Professional Aviculturists
3191 Coral Way, Suite 607
Miami, Florida 33145
E-mail address: dgarcia@pradaurizar.com

Dear Mr. Garcia:

The U.S. Fish and Wildlife Service Headquarters Freedom of Information Act (FOIA) Office
received your FOIA request dated October 15, 2018 and assigned it control number FWS-2019-
00161. Please cite this number in any future communications with our office regarding your
request. You requested the following:

> "...all information related to FWS's obligations to issue regulations under the Wild
> Bird Conservation Act. Particularly, we are requesting information relating to the
> agencies failure to include additional species on the approved list for captive-bred
> species."

We have classified you as an "other-use" requester. As such, we may charge you for
some of our search and duplication costs, but we will not charge you for our review
costs; you are also entitled to up to 2 hours of search time and 100 pages of photocopies
(or an equivalent volume) for free. *See 43 C.F.R. § 2.39.* However, if our processing
costs are less than $50.00, we will not bill you because the cost of collection would be
greater than the fee collected. *See 43 C.F.R. § 2.37(g).*

We use Multitrack Processing to process FOIA requests. The Simple track is for requests that
can be processed in one to five workdays. The Normal track is for requests that can be processed
in six to twenty workdays. The Complex track is for requests that can be processed in twenty-
one to sixty workdays. The Exceptional/Voluminous track is for requests requiring more than
sixty workdays for processing. The Expedited track is for requests that have been granted
expedited processing. Within each track, requests are usually processed on a first-in, first-out
basis.

Your request falls into the complex processing track. You may narrow the scope of your request
to obtain quicker processing in your currently- assigned track or move the request into a faster
track. If you have any questions about this, please contact us.
As yet, we have been unable to make a determination on your request. We apologize for this
delay. Although we hope that you will wait so that we can complete our search, review,
duplication, or consultation process, please note that you may seek dispute resolution services

Mr. Garcia

from our FOIA Public Liaison, Carrie Hyde-Michaels at (703) 358-2291 and/or seek dispute resolution services from the Office of Government Information Services (OGIS).

If you choose to contact OGIS, you may do so in any of the following ways:

Office of Government Information Services
National Archives and Records Administration
8601 Adelphi Road - OGIS
College Park, MD 20740-6001
E-mail: ogis@nara.gov
Web: https://ogis.archives.gov
Telephone: 202-741-5770
Fax: 202-741-5769
Toll-free: 1-877-684-6448

You may also file an appeal with the Department's FOIA/Privacy Act Appeals Officer regarding this delay. If you choose to appeal this delay, you may do so anytime between now and the date we make our determination on the FOIA request. Appeals arriving or delivered after 5 p.m. Eastern Time, Monday through Friday, will be deemed received on the next workday.

**Your appeal must be made in writing.** You may submit your appeal and accompanying materials to the FOIA/Privacy Act Appeals Officer by mail, courier service, fax, or email. All communications concerning your appeal should be clearly marked with the words: "FREEDOM OF INFORMATION APPEAL." You must also include with your appeal copies of all correspondence between you and FWS concerning your FOIA request, including your original FOIA request and FWS's response. Failure to include with your appeal all correspondence between you and FWS will result in the Department's rejection of your appeal, unless the FOIA/Privacy Act Appeals Officer determines (in the FOIA/Privacy Act Appeals Officer's sole discretion) that good cause exists to accept the defective appeal.

Please include your name and daytime telephone number (or the name and telephone number of an appropriate contact), email address and fax number (if available) in case the FOIA/Privacy Act Appeals Officer needs additional information or clarification of your appeal.

DOI FOIA/Privacy Act Appeals Office Contact Information

Department of the Interior
Office of the Solicitor
1849 C Street, N.W.
MS-6556 MIB
Washington, DC 20240

Attn: FOIA/Privacy Act Appeals Office

Telephone: (202) 208-5339
Fax: (202) 208-6677
E-mail: FOIA.Appeals@sol.doi.gov

Mr. Garcia


We regret the delay and appreciate your consideration.  For more information on FOIA Administrative Appeals, you may review the Department's FOIA regulations at <u>43 C.F.R. Part 2, Subpart H</u>.  If you have any further questions relating to this response, please contact Ms. Pat Ford (USFWS Division of Scientific Authority, MS: IA, 5275 Leesburg Pike, Falls Church, Virginia 22041 (phone: 703- 358-2494; e-mail: patricia_ford@fws.gov).

Sincerely,



FOR   Carrie Hyde-Michaels
       FWS FOIA Officer

# Exhibit P



David Garcia <dgarcia@pradaurizar.com>

---

# USFWS FOIA requests 2019-00157, 2019-00158, 2019-00160, and 2019-00161
1 message

---

**Ford, Patricia** <patricia_ford@fws.gov>                                      Tue, Dec 11, 2018 at 11:25 AM
To: dgarcia@pradaurizar.com
Cc: Rosemarie Gnam <rosemarie_gnam@fws.gov>, "Babij, Eleanora" <eleanora_babij@fws.gov>

Dear Mr. Garcia,

Please find attached the final letters to you regarding your USFWS FOIA requests: 2019-00157, 2019-00158, 2019-00160, and 2019-00161, plus three attachments with regard to 2019-00160.

Please confirm receipt of this email and contents.

Best regards,
Pat

Pat Ford
Division of Scientific Authority
U.S. Fish & Wildlife Service - International Affairs
5275 Leesburg Pike, MS: IA
Falls Church, VA 22041-3803
703-358-2494 / patricia_ford@fws.gov

---

**7 attachments**

**FWS FOIA 2019-00158 final ltr.pdf**
258K

**FWS FOIA 2019-00157 final ltr.pdf**
307K

**FWS FOIA 2019-00160 final ltr.pdf**
307K

**FWS FOIA 2019-00161 final ltr.pdf**
294K

**WBCA Final Rule_FR Vol 59_12-2-1994.pdf**
60K

**WBCA Final Rule FR Vol 61_1-24-1996.pdf**
161K

**WBCA Final Rule FR Vol 58_11-16-1993.pdf**
1423K

# Exhibit Q

# United States Department of the Interior

## FISH AND WILDLIFE SERVICE

5275 Leesburg Pike, MS: IA
Falls Church, VA 22041

IN REPLY REFER TO:
FWS-2019-00159

March 4, 2019

David A. Garcia
Organization of Professional Aviculturist (OPA)
3191 Coral Way Suite 607
Miami, FL 33145
Email: dgarcia@pradaurizar.com

Dear Mr. Garcia:

This is the Division of Management Authority's (DMA) **final** response to your Freedom of Information Act (FOIA) request dated October 17, 2018 and received October 15, 2018, for the following information:

> *"....1) The OPA is also requesting all information, relating to the approval of permits for consortium/cooperative breeding agreements.*
>
> *1a) This includes but is not limited to all information, relating to the approval of permits of consortium/cooperative breeding agreements of CITES appendix 1 listed species."*

Per the electronic email of November 19, 2018, you narrowed/clarified the request to *"will limit its requests to the time period since 10/05/2016 - 11/01/2018. Agreement letters would be acceptable. A spreadsheet would also be acceptable if it lists all submitted requests and their outcomes within the proposed period, as well as processing times. The OPA would also like to know whether the cooperative breeding agreements ultimately approved by the Service resulted from negotiated agreements or were approved as submitted. Also requested are any non-publically available guidance related to how the Service decides to approve such agreements. The information requested is limited to agreements for approval of CITES Appendix 1 species."*

We have enclosed 29 pages of records responsive to your FOIA request, which we are releasing to you in part. Portions of these materials are being withheld under FOIA Exemption 6; *See 5 U.S.C. § 552 (b)(6)*.

Exemption 6 allows an agency to withhold "personnel and medical files and similar files the disclosure of which would constitute a clearly unwarranted invasion of personal privacy." 5 U.S.C. § 552(b)(6).  We are withholding 4 pages in part under Exemption 6.

The phrase "similar files" covers any agency records containing information about a particular individual that can be identified as applying to that individual.  To determine whether releasing records containing information about a particular individual would constitute a clearly unwarranted invasion of personal privacy, we are required to balance the privacy interest that would be affected by disclosure against any public interest in the information.

Under the FOIA, the only relevant public interest to consider under the exemption is the extent to which the information sought would shed light on an agency's performance of its statutory duties or otherwise let citizens know what their government is up to.  The burden is on the requester to establish that disclosure would serve the public interest.  When the privacy interest at stake and the public interest in disclosure have been determined, the two competing interests must be weighed against one another to determine which the greater result of disclosure is: the harm to personal privacy or the benefit to the public.  The purposes for which the request for information is

made do not impact this balancing test, as a release of information requested under the FOIA constitutes a release to the general public.

The information that has been withheld under Exemption 6 consists of personal information such as mailing street addresses and zip codes; we have determined that the individuals to whom this information pertains have a substantial privacy interest in withholding it.  Additionally, you have not provided information that explains a relevant public interest under the FOIA in the disclosure of this personal information and we have determined that the disclosure of this information would shed little or no light on the performance of the agency's statutory duties.  Because the harm to personal privacy is greater than whatever public interest may be served by disclosure, release of the information would constitute a clearly unwarranted invasion of the privacy of these individuals and we are withholding it under Exemption 6.

We reasonably foresee that disclosure would harm an interest protected by one or more of the nine exemptions to the FOIA's general rule of disclosure.

Carrie Hyde-Michaels, FWS FOIA Officer, is responsible for this partial denial.  Larry Mellinger and Russell Husen, Attorney-Advisors, in the Office of the Solicitor were consulted.

We do not bill requesters for FOIA processing fees when their fees are less than $50.00, because the cost of collection would be greater than the fee collected.  *See 43 C.F.R. § 2.37(g)*.  Therefore, there is no billable fee for the processing of this request and there is no need for us to address your request for a fee waiver.

You may appeal this response to the U.S. Department of Interior's (Department) FOIA/Privacy Act Appeals Officer.  If you choose to appeal, the FOIA/Privacy Act Appeals Officer must receive your FOIA appeal **no later than 90 workdays** from the date of this letter.  Appeals arriving or delivered after 5 p.m. Eastern Time, Monday through Friday, will be deemed received on the next workday.

**Your appeal must be made in writing.**  You may submit your appeal and accompanying materials to the FOIA/Privacy Act Appeals Officer by mail, courier service, fax, or email.  All communications concerning your appeal should be clearly marked with the words: "FREEDOM OF INFORMATION APPEAL."  You must include an explanation of why you believe the U.S. Fish and Wildlife Service's (USFWS) response is in error.  You must also include with your appeal copies of all correspondence between you and the USFWS concerning your FOIA request, including your original FOIA request and the USFWS's response.  Failure to include with your appeal all correspondence between you and the USFWS will result in the Department's rejection of your appeal, unless the FOIA/Privacy Act Appeals Officer determines (in the FOIA/Privacy Act Appeals Officer's sole discretion) that good cause exists to accept the defective appeal.

Please include your name and daytime telephone number (or the name and telephone number of an appropriate contact), email address and fax number (if available) in case the FOIA/Privacy Act Appeals Officer needs additional information or clarification of your appeal.

DOI FOIA/Privacy Act Appeals Office Contact Information
Department of the Interior
Office of the Solicitor
1849 C Street, N.W.
MS-6556 MIB
Washington, DC 20240
Attn: FOIA/Privacy Act Appeals Office

Telephone: (202) 208-5339
Fax: (202) 208-6677
Email: FOIA.Appeals@sol.doi.gov

3

The 2007 FOIA amendments created the Office of Government Information Services (OGIS) to offer mediation services to resolve disputes between FOIA requesters and Federal agencies as a non-exclusive alternative to litigation. Using OGIS services does not affect your right to pursue litigation. You may contact OGIS in any of the following ways:

Office of Government Information Services
National Archives and Records Administration
8601 Adelphi Road - OGIS
College Park, MD 20740-6001

E-mail: ogis@nara.gov
Web: https://ogis.archives.gov
Telephone: 202-741-5770
Fax: 202-741-5769
Toll-free: 1-877-684-6448

Please note that using OGIS services does not affect the timing of filing an appeal with the Department's FOIA and Privacy Act Appeals Officer.  You may also seek dispute resolution services from our FOIA Public Liaison, Carrie Hyde-Michaels at (703) 358-2291 or at Carrie_Hyde-Michaels@fws.gov.

For your information, Congress excluded three discrete categories of law enforcement and national security records from the requirements of the FOIA.  See 5 U.S.C. § 552(c).  This response is limited to those records that are subject to the requirements of the FOIA.  This is a standard notification that is given to all our requesters and should not be taken as an indication that excluded records do, or do not, exist.

**This completes our response.**  If you have any questions, please contact Ms. Brenda Tapia, Division of Management Authority, Branch of Permits, MS: IA, 5275 Leesburg Pike, Falls Church, Virginia 22041 (703-358-1989 or via e-mail at Brenda_Tapia@fws.gov).

Sincerely,

Carrie Hyde-Michaels
FWS FOIA Officer

Attached



# United States Department of the Interior



FISH AND WILDLIFE SERVICE
International Affairs
5275 Leesburg Pike, MS: IA
Falls Church, VA 22041-3803

IN REPLY REFER TO:
FWS/DMA/CB004

JAN 23 2018

Ms. Bethany McMartin
(b) (6)
Port Angeles, Washington (b) (6)

Dear Ms. McMartin:

This letter is formal notification that your application for renewal of the Washington Falconers Association Cooperative Breeding Program (CB004) under the Wild Bird Conservation Act of 1992, dated December 8, 2016, has been approved under 50 CFR Section 15.26, as outlined below. This approval will be effective for two (2) years from the date of this letter. Please ensure that all current and prospective members of your cooperative breeding program are fully informed of their obligations under this program.

We are denying your request to include Gary Maul as a member in the request dated December 17, 2014, as sufficient documentation has not been provided. In your e-mail dated October 5, 2017, you have stated that Gary Maul is a non-member. According to information you provided, Gary Maul is in possession of birds in violation of the conditions for this cooperative and these birds need to be returned to approved members of the cooperative. **Please respond within sixty days of the date of this letter regarding the disposition of the program birds in his possession. Failure to comply with our request may jeopardize the continued approval for this cooperative.**

We are approving your request in your letter dated September 24, 2017, to transfer five Aplomado falcons (Peru Band #'s 209, 226, 238, 352, 469) to Robert Probst. We also are approving your request to transfer four Aplomado falcons (Peru Band #'s 071, 074, 085, 179) in your later dated November 26, 2017, to James Seaman. We find that your reasons for wishing to remove these nine birds from the cooperative breeding program (i.e., age) are justified, and therefore, we approve your request.

**Cooperative Breeding Program Name:** Washington Falconers Association Cooperative Breeding Program

**Oversight Organization:** Washington Falconers Association

**Cooperative breeding program application #:** CB004

Ms. Bethany McMartin                                                                                     2

**Species:** Eurasian sparrowhawk (*Accipiter nisus*), northern goshawk (*Accipiter gentilis*), aplomado falcon (*Falco femoralis femoralis* and *Falco femoralis pichinchae*), Barbary falcon (*Falco pelegrinoides)* (synonymous with *Falco peregrinus babylonicus*), ornate hawk-eagle (*Spizaetus ornatus*).

**Program Members**: Lester Boyd, Brian Sullivan, Jim Nelson, Barry Ollette, Doug Alton, Dan Pike, Ron Tokar, Chuck Arnold, Brad Wood, Danny Ertsgaard, Matthew Mitchell, Wayne Lippert, Dave Knutson, Jeff Rossey, Geoff Hirschi, Bill Meeker, Brad Felger, Dave Baker, Gregg Zerbe, Dennis Grisco, Thomas Coulson, Jennifer Coulson, Bill Murphy, John Brenan, Jim Adamson, Troy Morris, Jim Ingram, Tim Hickok, Connie Stanger, Jeff Novak, Christopher Lynn, Jimmy Bathke, Jason Hausman, Raul Ramirez, Keith Hix, Darryl Perkins, Jeff Kisak, Patrick Rummins, Joe Terry, Justin Rondeau, Bethany Rondeau, and Justin Stoval.

**Falconry Members**: Harry McElroy, Tom Gleason, Aaron Smith, Jeremy Roselle, Cliff Robinson, Randy Landis, Phil Smith, Simone Cook, and Marilyn Musser.

This approval is subject to the general conditions below **and** the conditions in the enclosed Division of Scientific Authority finding.  We have determined that all of the issuance criteria contained in 50 CFR Section 15.26 have been met, therefore amendment of this program has been granted.

Please ensure that all current and prospective members of your cooperative breeding program are fully informed of their obligations under this program, including compliance with 50 CFR Parts 13 and 15.

**Conditions:**  Please be aware that, since *Falco pelegrinoides* is listed in Appendix 1 of the Convention on International Trade in Endangered Species of Wild Fauna and Flora (CITES), specimens of that species may only be imported for commercial purposes from a CITES-registered breeding operation.  Also, Migratory Bird Treaty Act (MBTA) authorization is required in order to import, possess, and sell specimens of *Falco femoralis femoralis*, *Falco femoralis pichinchae*, *Accipiter gentilis*, and *Falco pelegrinoides*.  Additional information on the MBTA can be found at http://www.fws.gov/migratorybirds/.

All birds imported for this cooperative breeding program must remain within a Service-approved cooperative breeding program for these species unless otherwise authorized by this office.  An imported bird may only be disposed of outside a Service-approved program for reasons such as the genetic line is well represented by offspring retained in the program or the bird is unable to breed.  Prior to disposing of a bird outside the program, you must make it available to other Service-approved programs for the species.  To dispose of an imported bird outside an approved program, you must submit a written request to this office that includes justification for disposing of the bird and a statement of how the bird will be disposed of (e.g., donated to a zoo, sold to a private individual, etc.), prior to removal of the bird from the program.  Additionally, the

Ms. Bethany McMartin                                                                                    3

oversight organization for the program must send a letter indicating its agreement with the decision to remove the imported bird from the program.

With regard to birds produced within the program, a sufficient number of offspring produced must be retained within the program to fulfill the goals of the cooperative breeding program as outlined in your original approval application of May 10, 1994. As with imported birds, prior to disposing of a bird produced in your cooperative breeding program, you must make it available to other Service-approved programs for the species.

Additional individuals may be added to the cooperative breeding program provided that they have demonstrated breeding success with the same or similar species. To add individuals to your program, you must submit a written request to this office and provide several years of breeding records for each proposed individual. In addition, we must receive official notification from the oversight organization specified in the cooperative breeding program application, indicating that each additional individual has met the established criteria for acceptance into the cooperative breeding program. Individuals to whom specimens will be loaned for any purpose, including falconry, must become members of the cooperative breeding program. You may designate them as non-breeding members. To include these individuals in the cooperative breeding program, you must provide this office with their names, contact information, and qualifications (e.g., falconry permit number). In contrast to program members who will be undertaking breeding, we do not require a letter of endorsement from the oversight organization for non-breeding members.

The cooperative breeding program must maintain records containing the number, species, and sex of all birds imported for the program, as well as dates of import, countries of origin, and disposition of the imported birds. For each program participant, you must also maintain a record of breeding activity, including the number of eggs and progeny produced, and the disposition of any progeny. Finally, you must maintain a record of mortality experienced within the program that includes the location of the bird when it died and the cause, if known. For birds that died in quarantine, you must obtain documentation indicating such from the appropriate USDA/APHIS/Veterinary Services office. These records must be made available to the U.S. Fish and Wildlife Service upon our request, and when you submit a request for the renewal or amendment of the cooperative breeding program.

This notice entitles the members of this cooperative breeding program who are listed above as Program Members to apply for permits to import the exotic bird species listed above that are otherwise prohibited from import under 50 CFR 15.11. Enclosed you will find an application to import birds under an approved cooperative breeding program. Please be advised that the estimated processing time for these import permit applications is sixty (60) days.

Ms. Bethany McMartin                                                                4

If you have any questions regarding this renewal, please feel free to contact Biologist Clifton A. Horton of this office at: 5275 Leesburg Pike, Falls Church, VA 22041-3803; telephone 703-358-1908; email: clifton_horton@fws.gov.

Sincerely,

Laura S. Noguchi, Chief
Wildlife Trade and Conservation Branch
Division of Management Authority

Enclosure

WILD BIRD CONSERVATION ACT
RECORD OF FINDINGS ON APPLICATION
FOR APPROVAL OF COOPERATIVE BREEDING PROGRAM
U. S. FISH & WILDLIFE SERVICE

Application number: CB004 (PRT# 14694C)          Applicant: Bethany McMartin Rondeau

Oversight Organization:     Washington Falconers Association (WFA)

| Previously Approved Species: | Specimens approved: |
|---|---|
| European sparrowhawk (*Accipiter nisus*) | 4.4 |
| Red-naped shaheen (*Falco peregrinus babylonicus*) | 6.6 |
| Ornate Hawk-eagle (*Spizaetus ornatus*) | 10.10 |
| European goshawk (*Accipiter gentilis*) | 15.15 |
| Aplomado falcon (*Falco femoralis femoralis* and *Falco femoralis pichinchae*) | 20.20 (combined) |

Background:

The original request for establishing Cooperative Breeding Program (CBP) #004 was first approved on November 29, 1994, for European sparrowhawk (*Accipiter nisus*) and European goshawk (*Accipiter gentilis*). Subsequent amendments to the cooperative breeding program included the addition of three species: Red-naped shaheen (*Falco peregrinus babylonicus*), Aplomado falcon (*Falco femoralis femoralis* and *Falco femoralis pichinchae*), and Ornate Hawk-eagle (*Spizaetus ornatus*). According to Wild Bird Conservation Act of 1992 implementing regulations (50 CFR Section 15.26, paragraph (e)), cooperative breeding programs are approved for two years, at which time applicants may apply to the Service for renewal of a program's approval. CB004 was renewed on December 11, 1995, December 8, 1998, February 13, 2002, August 3, 2004, December 21, 2006, May 1, 2009, August 1, 2011, and May 14, 2014. However, the CBP did not submit an application to renew the program's approval prior to the May 14, 2016, expiration date, at which point the previously issued approval expired. As a result, the applicant, Ms. Bethany McMartin Rondeau, was requested to submit an application to establish a new CBP, which she did on December 9, 2016. Ms. McMartin Rondeau is the Lead Cooperator for this cooperative breeding program (CBP).

According to the applicant, the purpose of the CBP is to establish and maintain a viable captive breeding population of native and non-native raptors. To accomplish this goal, the CBP expects cooperation among multiple breeders for each of the species being maintained. The Washington Falconers Association (WFA) has established three classes of CBP membership through their administrative policies (included with application):

- Active Breeding Members: consists of licensed and experienced raptor propagators who have been approved by six affirmative votes of the WFA Board admission. Active breeding members vote of the admission of new breeding members and on other CBP affairs.

- Inactive Breeding Members: consists of active breeding members who are no longer actively participating in the CBP. These members are not authorized to import raptors through the CBP, cannot request new species be added to the approved list, and cannot vote on CBP affairs including admission of new members.
- Non-breeding Members: consists of licensed falconers and others with legal authorization to possess Migratory Bird Treaty Act (MBTA) protected birds of prey who may receive CBP raptors on long term loan so they can be exercised through falconry or other means in preparation for their use in the CBP.

The WFA CBP policy guidelines state that individuals wishing to be added to the CBP must submit to the chair of the CBP all paperwork that is required by the Service for adding new CBP members. Once the WFA receives the required documents, the CBP permit co-coordinator and the president of the WFA draft and jointly sign a letter to the Service indicating that the applicant has been approved by the WFA. All required materials are then submitted to Service for final approval.

Current Status of the Program:

The CBP application currently includes a list of WFA CBP Approved Breeders and non-voting Falconry members. The following individuals were previously approved as members of the cooperative breeding program (CB004):

*Program Members*: Lester Boyd, Brian Sullivan, Jim Nelson, Barry Ollette, Doug Alton, Dan Pike, Ron Tokar, Chuck Arnold, Brad Wood, Danny Ertsgaard, Matthew Mitchell, Wayne Lippert, Dave Knutson, Jeff Rossey, Geoff Hirschi, Bill Meeker, Brad Felger, Dave Baker, Gregg Zerbe, Dennis Grisco, Thomas Coulson, Jennifer Coulson, Bill Murphy, John Brenan, Jim Adamson, Troy Morris, Jim Ingram, Tim Hickok, Connie Stanger, Jeff Novak, Christopher Lynn, Jimmy Bathke, Jason Hausman, Raul Ramirez, Keith Hix, Darryl Perkins, Jeff Kisak, Patrick Rummins, Joe Terry, Justin Rondeau, Bethany Rondeau, and Justin Stovall.

*Falconry Members*: Harry McElroy, Tom Gleason, Aaron Smith, Jeremy Roselle, Cliff Robinson, Randy Landis, Phil Smith, Simone Cook, and Marilyn Musser.

The applicant reported the following information regarding CBP imported birds, breeding success, mortalities, and disposition of birds:

| Species | Total Quantity Approved for Import | Total Quantity Imported under the CBP (to date) | Offspring produced (F1) | Mortalities | Disposition of Birds |
|---|---|---|---|---|---|
| European sparrowhawk (*Accipiter nisus*) | 4.4 | 5 | 2002-2004: 12 offspring 2005-2006: eggs only | 3 imported birds died (1 in quarantine, 2 killed by mate) 2 F1 died (killed by mate) | 2 imported birds retained Remaining birds transferred to CB005 in 2006; Currently no birds in CB004 |

| Species | Total Quantity Approved for Import | Total Quantity Imported under the CBP (to date) | Offspring produced (F1) | Mortalities | Disposition of Birds |
|---|---|---|---|---|---|
| Red-naped shaheen (*Falco peregrinus babylonicus*) | 6.6 | 7 | 2001-2017: 51 offspring | 4 imported died (old age)<br><br>2 F1 died (1 from heatstroke, 1 from owl predation)<br><br>1 F1 lost | 3 imported retained<br><br>24 F1 and F2 retained, 21 transferred outside CBP |
| Ornate Hawk-eagle (*Spizaetus ornatus*) | 10.10 | 1.0 (1) | 2007-2017: 21 eggs; no offspring | | 1 imported retained |
| European goshawk (*Accipiter gentilis*) | 15.15 | 17 | 2001-2017: 37 offspring | 3 imported birds killed by mate, 1 lost, 1 killed by raccoon, 1 died of old age.<br><br>8 F1 died: 2 aspergillosis, 1 from carbon monoxide, 1 from window strike, 1 sour crop, 1 horned owl predation, 1 raccoon predation. | 8 imported retained, 2 non-breeding birds moved (approval was requested from DMA)<br><br>15 F1 retained, 12 moved outside program<br><br>1 imported and 1 F1 moved to CBP014 |
| Aplomado falcon (*Falco femoralis femoralis* and *Falco femoralis pichinchae*) | 20.20 | 20.21 (41) | 2002-2017: 444 offspring | 16 imported died, 1 lost<br><br>[see table included in applicant's additional response for F1 data] | 21 imported retained, 3 removed from CBP due to inability to breed (all received approval from DMA)<br><br>[see table included in applicant's additional response for F1 data] |

## Species Information:

**European sparrowhawk (*Accipiter nisus*):**  The Eurasian sparrowhawk has a very broad distribution throughout Eurasia and Africa.  This species is not globally threatened and is listed as Least Concern on the IUCN Redlist (BirdLife International 2016a).  It was listed in CITES

Appendix II in 1977 as part of a broader order listing for Falconiformes (UNEP-WCMC 2017).
The European population is estimated at 403,000-582,000 pairs, which is roughly 805,000-
1,160,000 mature individuals (BirdLife International 2016a). Europe forms approximately 36%
of the global range and a preliminary estimate of the global population size is 2,240,000-
3,220,000 mature individuals, although further validation of this estimate is needed. The
population trend at present appears stable (BirdLife International 2016a). Historically, widespread
persecution, especially from gamekeepers, in the 20th century caused large numbers of the birds
to be killed (del Hoyo *et al.* 1994; Ferguson-Lees and Christie 2001). Sharp declines in Europe in
the 1950s-1960s were driven by the use of harmful organochlorine pesticides, which causes direct
mortality of adults as well as reduced breeding success. The species is still trapped by the
thousands annually in Turkey, where it is used by falconers, but habitat alteration is thought to be
the major contemporary threat (del Hoyo *et al.* 1994). It is also highly vulnerable to the impacts
of potential wind energy developments (Strix 2012). Ingestion of prey containing lead shot is an
additional threat (BirdLife International 2016a).

According to the CITES trade database, there were 35 live *Accipiter nisus* in trade between 2006
and 2016 as reported by importing countries (66 reported by exporting countries). Of those, 23
were sourced from the wild (27 as reported by exporters) (UNEP-WCMC 2017b).

**Red-naped shaheen (*Falco peregrinus babylonicus*):** The Red-naped shaheen, or Barbary
falcon, is one of ~19 currently recognized subspecies of Peregrine falcon (White *et al.* 2017;
White *et al.* 2013). *Falco peregrinus babylonicus* is distributed in central Asia from eastern Iran
to Mongolia (White *et al.* 2017). The global population of the nominate species is estimated at
c.140,000 individuals which equates to 93,300 mature individuals. The European population is
estimated at 14,900-28,800 pairs, which equates to 29,700-57,600 mature individuals (BirdLife
International 2016c). Europe forms approximately 13% of the global range, so a preliminary
estimate of the global population size is 228,000-443,000 mature individuals, although further
validation of this estimate is needed (BirdLife International 2016c). Over the last 100 years, the
species has suffered severe population declines due to persecution (19th and 20th centuries), and
drastically reduced reproduction and increased mortality of adults associated with pesticide
contamination. The species is also used extensively in falconry although the impact of this
activity on population numbers is unknown (Ferguson-less and Christie 2001; BirdLife
International 2016c). The global population is currently thought to be stable (BirdLife
Interanational 2016c).

*Falco peregrinus babylonicus* was listed in CITES Appendix I in 1975. On a species level, *Falco
peregrinus* was listed in Appendix I in 1977 (UNEP-WCMC 2017a). *Falco peregrinus* is listed
as Least Concern on the IUCN Redlist, while the subspecies *F. p. babylonicus* does not have a
unique IUCN listing.

According to the CITES trade database, between 2006 and 2016 there were 26 live *F. p.
babylonicus* registered in trade by importing countries (42 recorded by exporting countries). All
individuals were reported as captive-bred (UNEP-WCMC 2017).

**Ornate Hawk-eagle (*Spizaetus ornatus*):** The Ornate hawk-eagle is a neotropical endemic distributed from Mexico to Paraguay and northern Argentina (BirdLife International 2016e). The species is also found on Trinidad and Tobago (Canuto 2008). There are two currently recognized subspecies: *S. o. ornatus*, which is restricted to South America (Northern Columbia to northern Argentina); and *S. o. vicarious*, from Central America to northern Columbia and Ecuador (Ferguson-Lees and Christie 2001).

The Ornate hawk-eagle is typically a bird of dense forest although observations have been made in dry forest as well (Cerqueira *et al.* 2015). In Brazil, the species has declined in areas of heavy deforestation and it is known to have also declined in Argentina (BirdLife 2016e). Recent surveys in Mexico suggest that the Ornate hawk-eagle may be increasingly rare due to tropical deforestation and poaching (de Labra *et al.* 2013), and the species appears to be very sensitive to habitat fragmentation, edges and human presence (Canuto 2008).

Although population numbers throughout the species entire range have not been quantified, population estimates exist throughout parts of its range. In one forest site in French Guiana, density was estimated at 13 individuals/10,000 hectare (ha) (del Hoyo *et al.* 1994). In Petén, Guetemala, density was estimated at ten nests per 100 square kilometers (km²) and a total of c. 50 pairs in Tikal National Park (Bierregaard *et al.* 2016b).

*Spizaetus ornatus* was listed in CITES Appendix II in 1979 as part of a broader order listing for Falconiformes (UNEP-WCMC 2017a). *S. ornatus* was recently uplisted to 'Near Threatened' on the IUCN Red List (BirdLife International 2016e). Based on a model of future forest loss in the Amazon basin (40% loss of the species' habitat), coupled with past habitat loss and ongoing persecution, it is suspected that the population of this species may decline by 25-30% over the next three generations (Bird *et al.* 2011; BirdLife International 2016e).

According to the CITES trade database, between 2006 and 2016 there were 9 live *S. ornatus* in international trade as reported by importing countries (23 recorded by exporting countries). All were reported as captive-bred (UNEP-WCMC 2016b).

**European goshawk (*Accipiter gentilis*):** The European goshawk is distributed widely throughout North America, Europe, northern Asia and parts of South and Southeast Asia (Orta & Marks 2017). This species is not globally threatened and is listed as Least Concern on the IUCN Redlist (BirdLife International 2016b). It was listed in CITES Appendix II in 1977 as part of a broader order listing for Falconiformes (UNEP-WCMC 2017a). The current population trend is unknown (BirdLife International 2016b). The European population is estimated at 166,000-220,000 pairs, which equates to 332,000-440,000 mature individuals. Europe forms approximately 26% of the global range and an estimate of global population size is 1,280,000-1,690.000 mature individuals, although further validation of this estimate is needed (BirdLife International 2016b). Significant declines in Europe in the 19th-20th centuries are thought to have resulted from persecution and deforestation, with later declines in the 1950s-1960s a result of poisoning from pesticides and heavy metals. Persecution continues to be a threat, as is nest robbing for falconry (Orta & Marks 2014). The species is also highly vulnerable to the impacts of potential wind farm developments (Strix 2012).

According to the CITES trade database, between 2006 and 2016 there were 1,136 live *Accipiter gentilis* reported in trade by importing countries (1266 reported by exporting countries). Of those, 320 were wild caught (382 as recorded by exporting countries) (UNEP-WCMC 2017b).

**Aplomado falcon (*Falco femoralis femoralis* and *Falco femoralis pichinchae*):** There are three recognized subspecies of Aplomado falcon with the following distributions (Bierregaard *et al.* 2017):

- *F. f. septentrionalis*: Northern Mexico and south locally to Guatemala.
- *F. f. femoralis*: Southeast Honduras and northeast Nicaragua; Panama; Colombia east to the Guianas, and south through eastern Bolivia and Brazil to Argentina, extending south to Tierra del Fuego.
- *F. f. pichinchae*: Temperate zones of southwest Colombia, Ecuador, Peru and western Bolivia south to central Chile and northwest Argentina (Tucumán).

As a whole the species is not globally threatened and is listed as Least Concern on the IUCN Redlist (BirdLife International 2016c). The species was listed in CITES Appendix II in 1975 as part of a broader family listing for Falconidae (UNEP-WCMC 2017a). Although the population globally is suspected to be in decline, populations in some regions may be increasing due to deforestation and the opening up of new grassland habitat. However, more data is needed (Bierregard *et al.* 2017). For poorly understood reasons, the species was virtually eliminated in the southern United States and in northern Mexico with declines potentially starting at the turn of the 20th century (Bierregard *et al.* 2017).

According to the CITES trade database, between 2006 and 2016, there were 172 live *F. femoralis* in trade as reported by importing countries (221 reported by exporting countries); all were reported as captive-bred (except for 2 reported by exporting countries) (UNEP-WCMC 2017b).

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Findings relevant to issuance criteria of 50 CFR 15.26:

CB004 has been an approved cooperative breeding program since 1994. The applicant was requested to submit an application to establish a new CBP because their previously issued approval had expired without the program submitting an application to renew their approval prior to the expiration date.

We previously found that this cooperative breeding program met all of the criteria necessary for approval. Based on the summary report included with the application, as well as additional information submitted by Bethany McMartin Rondeau, Lead Cooperator, on activities conducted under the Cooperative Breeding Program and since no major changes to the CBP have been requested by the applicant, we believe that the program continues to fulfill the purposes of the Wild Bird Conservation Act and meet the criteria for approval.

Overall, the program has been able to successfully produce progeny from four of the raptor species the CBP has previously imported, as well as achieve egg production with an imported male Ornate hawk-eagle (*Spizaetus ornatus*). In addition, according to the applicant, the program

has been working with other Service-approved cooperative breeding programs for European goshawk, European sparrowhawk, and Red-naped shaheens.

Therefore, we recommend approval of this application with the following conditions:

1. Birds imported under the cooperative breeding agreement must remain within a Service-approved cooperative breeding program and may not be loaned, sold, or transferred to individuals outside an approved breeding program for any reason including breeding purposes, unless otherwise authorized by the Division of Management Authority.

2. Imported birds may only be disposed of outside a Service-approved cooperative breeding program if the specimens are deemed to be genetic surplus or are unable to breed. Prior to disposing of a bird outside the program, the bird must be made available to other Service-approved programs for the species. To dispose of an imported bird outside an approved program, the lead cooperator must submit a written request to the Division of Management Authority that includes justification for disposing of the bird and a statement of how the bird will be disposed of (e.g., donated to a zoo, sold to a private individual, etc.), prior to removal of the bird from the program. Additionally, the oversight organization for the program must send a letter indicating its agreement with the decision to remove the imported bird from the program. With regard to birds produced within the program, a sufficient number of offspring produced must be retained within the program to fulfill the goals of the cooperative breeding program as outlined in the original approval application. As with imported birds, prior to disposing of a bird produced in a cooperative breeding program, the bird must be made available to other Service-approved programs for the species.

3. Individuals to whom specimens will be loaned for any purpose must become members of the cooperative breeding program. If the individuals do not plan to breed the specimens, the lead cooperator may designate these individuals as non-breeding members. To include these individuals in an approved cooperative breeding program, the lead cooperator must provide the Division of Management Authority with their names, contact information, and qualifications. In contrast to program members who will be undertaking breeding, we will not require a letter of endorsement from the oversight organization for non-breeding members.

4. Individuals who will be engaged in breeding birds may be added to the cooperative breeding program provided that they have demonstrated breeding success with the same or similar species. To add an individual to the program, the lead cooperator must submit a written request to the Division of Management Authority and provide several years of breeding records for the proposed individual. In addition, the oversight organization specified in the cooperative breeding program application must submit written notification indicating that the individual has met the established criteria for acceptance into the cooperative breeding program, as specified in the application for approval.

5. The cooperative breeding program must maintain records containing the number, species, and sex of all birds imported for the program, as well as dates of import, countries of origin, and disposition of the imported birds. Each program member must also maintain a record of breeding activity, including the number of eggs and progeny produced, and the disposition of any progeny. Finally, the cooperative breeding program must maintain a record of mortality experienced within the program that includes the location of the bird when it died and the cause, if known. For birds that died in quarantine, the cooperative breeding program must obtain documentation indicating such from the appropriate USDA/APHIS/Veterinary Services office. These records must be submitted when the lead cooperator requests the renewal of the cooperative breeding program or upon request of the Division of Management Authority.

6. For cooperative breeding programs that include species listed in Appendix I of the Convention on International Trade in Endangered Species of Wild Fauna and Flora (CITES), specimens of those species may only be imported for commercial purposes from a CITES-registered breeding operation. A directory of CITES-registered breeding operations, including U.S. operations, can be found at http://www.cites.org/common/reg/e_cb.html. For those species covered under the U.S. Migratory Bird Treaty Act (MBTA), MBTA authorization is required in order to import, possess, and sell specimens of those species. Additional information on the MBTA can be found at http://www.fws.gov/migratorybirds/.

7. Any application to import these species must include information from the exporter on the origin of the specimens, and copies of CITES export permits from the range country to show that the specimens were legally acquired. If the specimens to be imported are captive bred, documentation must be provided to demonstrate legal acquisition of the parental stock from which the specimens were derived.

- - -

## Literature Cited

Bierregaard, R.O., Jr & Kirwan, G.M. (2017). Aplomado Falcon (*Falco femoralis*). In: del Hoyo, J., Elliott, A., Sargatal, J., Christie, D.A. & de Juana, E. (eds.). *Handbook of the Birds of the World Alive*. Lynx Edicions, Barcelona. (retrieved from http://www.hbw.com/node/53230 on 28 August 2017).

Bird, J. P.; Buchanan, J. M.; Lees, A. C.; Clay, R. P.; Develey, P. F.; Yépez, I.; Butchart, S. H. M. (2011). Integrating spatially explicit habitat projections into extinction risk assessments: a reassessment of Amazonian avifauna incorporating projected deforestation. *Diversity and Distributions*: doi: 10.1111/j.1472-4642.2011.00843.x.

BirdLife International. (2016a) *Accipiter nisus*. The IUCN Red List of Threatened Species 2016: e.T22695624A93519953. http://dx.doi.org/10.2305/IUCN.UK.2016-3.RLTS.T22695624A93519953.en; accessed on August 25, 2017.

BirdLife International. (2016b). *Accipiter gentilis*. The IUCN Red List of Threatened Species 2016: e.T22695683A93522852. http://dx.doi.org/10.2305/IUCN.UK.2016-3.RLTS.T22695683A93522852.en; accessed on August 25, 2017.

BirdLife International. (2016c). *Falco peregrinus*. The IUCN Red List of Threatened Species 2016: e.T45354964A95143387. http://dx.doi.org/10.2305/IUCN.UK.2016-3.RLTS.T45354964A95143387.en; accessed on on August 28, 2017.

BirdLife International. (2016d). *Falco femoralis*. The IUCN Red List of Threatened Species 2016: e.T22696450A93562619. http://dx.doi.org/10.2305/IUCN.UK.2016-3.RLTS.T22696450A93562619.en; accessed on August 28, 2017.

BirdLife International. (2016e). *Spizaetus ornatus*. The IUCN Red List of Threatened Species 2016: e.T22696197A93548774. http://dx.doi.org/10.2305/IUCN.UK.2016-3.RLTS.T22696197A93548774.en; accessed on August 28, 2017.

Canuto, M. (2008) Observations of two Hawk-Eagle species in a humid lowland tropical forest reserve in central Panama, *Journal of Raptor Research*, 42(4):287-292.

Cerqueira, Pablo Vieira, et al. (2015) First record of the ornate Hawk-Eagle (*Spizaetus ornatus*) from the Brazilian Caatinga. *The Wilson Journal of Ornithology*, 127(1):153.

del Hoyo, J.; Elliott, A.; Sargatal, J. (1994). *Handbook of the Birds of the World, vol. 2: New World Vultures to Guineafowl*. Lynx Edicions, Barcelona, Spain.

de Labra, M.A., Escalante, P., Monterrubio-Rico, T. (2013). Diurnal raptors in los Tuxtlas Biosphere Reserve, Mexico: Current presence and relative abundance, *Journal of Raptor Research*, 47(4):392-399.

Ferguson-Lees, J. and Christie, D.A. (2001). *Raptors of the world*. Christopher Helm, London.

Orta, J. & Marks, J.S. (2017). Northern Goshawk (*Accipiter gentilis*). In: del Hoyo, J., Elliott, A., Sargatal, J., Christie, D.A. & de Juana, E. (eds.). *Handbook of the Birds of the World Alive*. Lynx Edicions, Barcelona. (retrieved from http://www.hbw.com/node/53089 on August 25, 2017).

STRIX (2012). Developing and testing the methodology for assessing and mapping the sensitivity of migratory birds to wind energy development. BirdLife International, Cambridge.

UNEP-WCMC (2017a). United Nations Monitoring Programme-World Conservation Monitoring Centre. Accessed 28 August 2017. UNEP-WCMC Species+ Database: CITES-Listed

Species.

UNEP-WCMC (2017b). United Nations Monitoring Programme-World Conservation Monitoring Centre. Accessed 28 August 2017. UNEP-WCMC Species Database: CITES trade database.

White, C.M., Christie, D.A., de Juana, E. & Marks, J.S. (2017). Peregrine Falcon (*Falco peregrinus*). In: del Hoyo, J., Elliott, A., Sargatal, J., Christie, D.A. & de Juana, E. (eds.). *Handbook of the Birds of the World Alive*. Lynx Edicions, Barcelona. (retrieved from http://www.hbw.com/node/53247 on 28 August 2017).

White, C., Sonsthagen, S., Sage, G., Anderson, C., & Talbot, S. (2013). Genetic relationships among some subspecies of the Peregrine Falcon (Falco peregrinus L.), inferred from mitochondrial DNA control-region. *The Auk*, 130(1), 78-87. doi:10.1525/auk.2012.11173

- - -

*Monica A. Norton* 11/14/2017
Monica A. Horton
Biologist (CITES Specialist)
Division of Scientific Authority

*Eleanora Babij* 11/14/17
Eleanora Babij, Ph.D.
Chief, Branch of Consultation and Monitoring
Division of Scientific Authority



# United States Department of the Interior

### FISH AND WILDLIFE SERVICE
Washington, D.C. 20240

**FEB 17 2017**

IN REPLY REFER TO:
FWS/DMA/CB030

David Kanellis

Las Vegas, Nevada (b) (6)

Dear Mr. Kanellis:

This letter is formal notification that your application for renewal of the Raptor Cooperative Breeding Program (CB030) under the Wild Bird Conservation Act of 1992 (WBCA), dated September 25, 2016, has been approved under 50 CFR Section 15.26, as outlined below. This approval will be effective for two (2) years from the date of this letter. Please ensure that all current and prospective members of your cooperative breeding program are fully informed of their obligations under this program, including compliance with 50 CFR Parts 13 and 15. This letter also serves as official notification that Joel Knutson, Rebecca O'Connor, Nicole Perretta, and Charles Browning have been added as falconry members and Shane U. Phitides and Edward Elguezabal have been removed as falconry members of CB030.

**Cooperative Breeding Program Name:** Raptor Cooperative Breeding Program

**Oversight Organization:** California Hawking Club

**Cooperative breeding program application #:** CB030

**Species:** black goshawk (*Accipiter melanoleucus*), Eurasian (European) sparrowhawk (*Accipiter nisus*), Lanner falcon (*Falco biarmicus*), saker falcon (*Falco cherrug*), red-necked falcon (*Falco chicquera*), African hawk-eagle (*Hieraaetus spilogaster*), African fish-eagle (*Haliaeetus vocifer*), African crowned eagle (*Stephanoaetus coronatus*), Northern goshawk (*Accipiter gentilis*), Steppe eagle (*Aquila nipalensis*), Verreaux's eagle (*Aquila verreauxii*), Martial eagle (*Polemeatus bellicosus*), ornate hawk-eagle (*Spizaetus ornatus*), Bonelli's eagle (*Hieraaetus fasciatus*), African goshawk (*Accipiter tachiro*), Eurasian eagle-owl (*Bubo bubo*), Ural owl (*Strix uralensis*), Peregrine falcon *(Falco peregrinus)*

**Program Members:** Stuart Rossell, Randy Landis, Sonny (Donald) Squiciarino, Mark Moglich, David Kanellis, Martin Stiasny, Bill Murphy, Robert F. Kennedy, Jr., William G. Meeker, Gary D. Boberg, Ryan Moglich, Lewis R. Souder, Los Angeles Zoo

**Falconry Members:** Ronald E. Brown, Lew Souder, Steve Layman, Jim Tigan, Vasken Kevorkian, Vince Piccioni, Civon Gewelber, John Pallavicini, Ryan Moglich, Margaret D.

Mr. David Kanellis                                                                                    2

Cullen, Duane Zobrist, Duane Zobrist Jr., Thomas J. Cullen IV, Michael J. Clark, Vang Vang, Titus Plomaritis Jr., Chase Delles, Gary D. Boberg, Anthony C. Suffredini, Corey J. Dalton, David Myers, Joel Knutson, Rebecca O'Connor, Nicole Perretta, Charles Browning

**Expiration Date:** February 17, 2019

**Conditions:**

All birds imported for this cooperative breeding program must remain within a Service-approved cooperative breeding program for these species and may not be loaned, sold or transferred for any reason unless otherwise authorized by this office. An imported bird may only be disposed of outside a Service-approved program for reasons such as the genetic line is well represented by offspring retained in the program or the bird is unable to breed. Prior to disposing of a bird outside the program, you must make it available to other Service-approved programs for the species. To dispose of an imported bird outside an approved program, you must submit a written request to this office that includes justification for disposing of the bird and a statement of how the bird will be disposed of (e.g., donated to a zoo, sold to a private individual, etc.), prior to removal of the bird from the program. Additionally, the oversight organization for the program must send a letter indicating its agreement with the decision to remove the imported bird from the program.

With regard to birds produced within the program, a sufficient number of offspring produced must be retained within the program to fulfill the goals of the cooperative breeding program as outlined in your original approval application. As with imported birds, prior to disposing of a bird produced in your cooperative breeding program, you must make it available to other Service-approved programs for the species.

Additional individuals may be added to the cooperative breeding program provided that they have demonstrated breeding success with the same or similar species. To add individuals to your program, you must submit a written request to this office and provide several years of breeding records for each proposed individual. In addition, we must receive official notification from the oversight organization specified in the cooperative breeding program application, indicating that each additional individual has met the established criteria for acceptance into the cooperative breeding program. Individuals, to whom specimens will be loaned for any purpose, must become members of the cooperative breeding program. You may designate individuals who will not be breeding birds as non-breeding members. To include these individuals in the cooperative breeding program, you must provide this office with their names, contact information, and qualifications (e.g., FWS migratory bird permit number). In contrast to program members who will be undertaking breeding, we do not require a letter of endorsement from the oversight organization for non-breeding members.

All individuals of the cooperative breeding program must maintain records of all birds that come into their possession through the cooperative breeding program. These records must be made available to the U.S. Fish and Wildlife Service upon our request. All imported birds must meet

Mr. David Kanellis                                                                                                          3

all United States import requirements. The cooperative breeding program must maintain records containing the number, species, and sex of all birds imported for the program, as well as dates of import, countries of origin, and disposition of the imported birds. For each program participant, you must also maintain a record of breeding activity, including the number of eggs and progeny produced, and the disposition of any progeny.

Finally, you must maintain a record of mortality experienced within the program that includes the location of the bird when it died and the cause, if known. For birds that died in quarantine, you must obtain documentation indicating such from the appropriate USDA/APHIS/Veterinary Services office. These records must be made available to the U.S. Fish and Wildlife Service upon our request, and when you submit a request for the renewal or amendment of the cooperative breeding program.

This notice entitles members of this cooperative breeding program who are listed above as Program Members, to apply for permits to import the exotic bird species listed above that are otherwise prohibited from import under 50 CFR Section 15.11. Please be aware that 50 CFR Part 15.11(f) states: *It is unlawful for any person subject to the jurisdiction of the United States to engage in any activity with an exotic bird imported under a permit issued pursuant to this part that violates a condition of said permit.* Enclosed you will find an application to import birds under an approved cooperative breeding program. Please be advised that the estimated processing time for these import permit applications is sixty (60) days.

If you have any questions regarding this renewal, please feel free to contact Biologist Clifton A. Horton of this office at: 5275 Leesburg Pike, Falls Church, VA 22041-3803; telephone 703-358-1908; email: clifton_horton@fws.gov.

Sincerely,

Laura S. Noguchi, Chief
Wildlife Trade and Conservation Branch
Division of Management Authority

Enclosure



# United States Department of the Interior



### FISH AND WILDLIFE SERVICE
International Affairs
5275 Leesburg Pike, MS: IA
Falls Church, VA 22041-3803

IN REPLY REFER TO:
FWS/DMA//CB030

**OCT 1 9 2018**

David Kanellis
(b) (6)
Las Vegas, Nevada (b) (6)

Dear Mr. Kanellis:

This letter is formal notification that your application for renewal of the Raptor Cooperative Breeding Program (CB030) under the Wild Bird Conservation Act of 1992 (WBCA), dated February 24, 2018, has been approved under 50 CFR Section 15.26, as outlined below. This approval is subject to the general conditions **and** the Division of Scientific Authority conditions below. This approval will be effective for two (2) years from the date of this letter, and replaces the current approval letter dated February 17, 2017, which is no longer valid. Please ensure that all current and prospective members of your cooperative breeding program are fully informed of their obligations under this program, including compliance with 50 CFR Parts 13 and 15. This letter also serves as official notification that Rebecca Searle, Justin Searle, Troy D. Taylor, Lauren McGough, Steve Hoddy, Adam Chavez, David Dixon, and Erland Renslo have been added as falconry members of CB030, and that your request to amend the quantities of previously approved species under the cooperative breeding program has been approved as follows:

| | |
|---|---|
| Black goshawk (*Accipiter melanoleucus*) | 15.15 |
| Eurasian (European) sparrowhawk (*Accipiter nisus*) | 15.15 |
| Lanner falcon (*Falco biarmicus*) | 11.11 |
| Saker falcon (*Falco cherrug*) | 15.15 |
| Northern goshawk (*Accipiter gentilis*) | 15.15 |
| African crowned eagle (*Stephanoaetus coronatus*) | 10.10 |
| Eurasian eagle-owl (*Bubo bubo*) | 10.10 |

Cooperative Breeding Program Name: Raptor Cooperative Breeding Program

Oversight Organization: California Hawking Club

Cooperative breeding program application #: CB030

Mr. David Kanellis                                                                                              2

Species: black goshawk (*Accipiter melanoleucus*), Eurasian (European) sparrowhawk (*Accipiter nisus*), Lanner falcon (*Falco biarmicus*), saker falcon (*Falco cherrug*), red-necked falcon (*Falco chicquera*), African hawk-eagle (*Hieraaetus spilogaster*), African fish-eagle (*Haliaeetus vocifer*), African crowned eagle (*Stephanoaetus coronatus*), Northern goshawk (*Accipiter gentilis*), Steppe eagle (*Aquila nipalensis*), Verreaux's eagle (*Aquila verreauxii*), Martial eagle (*Polemeatus bellicosus*), ornate hawk-eagle (*Spizaetus ornatus*), Bonelli's eagle (*Hieraaetus fasciatus*), African goshawk (*Accipiter tachiro*), Eurasian eagle-owl (*Bubo bubo*), Ural owl (*Strix uralensis*), Peregrine falcon (*Falco peregrinus*)

Program Members: Stuart Rossell, Randy Landis, Sonny (Donald) Squiciarino, Mark Moglich, David Kanellis, Martin Stiasny, Bill Murphy, Robert F. Kennedy, Jr., William G. Meeker, Gary D. Boberg, Ryan Moglich, Lewis R. Souder, Los Angeles Zoo

Falconry Members: Ronald E. Brown, Steve Layman, Jim Tigan, Vasken Kevorkian, Vince Piccioni, Civon Gewelber, John Pallavicini, Margaret D. Cullen, Duane Zobrist, Duane Zobrist Jr., Thomas J. Cullen IV, Michael J. Clark, Vang Vang, Titus Plomaritis Jr., Chase Delles, Anthony C. Suffredini, Corey J. Dalton, David Myers, Joel Knutson, Rebecca O'Connor, Nicole Perretta, Charles Browning, Rebecca Searle, Justin Searle, Troy D. Taylor, Lauren McGough, Steve Hoddy, Adam Chavez, David Dixon, Erland Renslo

**General Conditions:** All birds imported for this cooperative breeding program must remain within a cooperative breeding program approved by the U.S. Fish and Wildlife Service (Service) for these species and may not be loaned, sold or transferred for any reason including breeding purposes unless otherwise authorized by this office. An imported bird may only be disposed of outside a Service-approved program for reasons such as the genetic line is well represented by offspring retained in the program or the bird is unable to breed. Prior to disposing of a bird outside the program, you must make it available to other Service-approved programs for the species. To dispose of an imported bird outside an approved program, you must submit a written request to this office that includes justification for disposing of the bird and a statement of how the bird will be disposed of (e.g., donated to a zoo, sold to a private individual, etc.), prior to removal of the bird from the program. Additionally, the oversight organization for the program must send a letter indicating its agreement with the decision to remove the imported bird from the program.

With regard to birds produced within the program, a sufficient number of offspring produced must be retained within the program to fulfill the goals of the cooperative breeding program as outlined in your original approval application. As with imported birds, prior to disposing of a bird produced in your cooperative breeding program, you must make it available to other Service-approved programs for the species.

Additional individuals may be added to the cooperative breeding program provided that they have demonstrated breeding success with the same or similar species. To add individuals to your

Mr. David Kanellis                                                                                     3

program, you must submit a written request to this office and provide several years of breeding records for each individual proposed. In addition, we must receive official notification from the oversight organization specified in the cooperative breeding program application, indicating that each additional individual has met the established criteria for acceptance into the cooperative breeding program. Individuals to whom specimens will be loaned for any purpose must become members of the cooperative breeding program. You may designate them as "non-breeding members." To include these individuals in the cooperative breeding program, you must provide this office with their names, contact information, and qualifications (e.g., FWS migratory bird permit number). In contrast to program members who will be undertaking breeding, we do not require a letter of endorsement from the oversight organization for "non-breeding members."

All individuals of the cooperative breeding program must maintain records of all birds that come into their possession through the cooperative breeding program. These records must be made available to the Service upon our request. All imported birds must meet all U.S. import requirements. The cooperative breeding program must maintain records containing the number, species, and sex of all birds imported for the program, as well as dates of import, countries of origin, and disposition of the imported birds. For each program participant, you must also maintain a record of breeding activity, including the number of eggs and progeny produced, and the disposition of any progeny.

Finally, you must maintain a record of mortality experienced within the program that includes the location of the bird when it died and the cause, if known. For birds that died in quarantine, you must obtain documentation indicating such from the appropriate USDA/APHIS/Veterinary Services office. These records must be made available to the Service upon our request, and when you submit a request for the renewal or amendment of the cooperative breeding program.

**Division of Scientific Authority Conditions:** Birds imported under the cooperative breeding agreement must remain within a Service-approved cooperative breeding program and may not be loaned, sold, or transferred to individuals outside an approved breeding program for any reason including breeding purposes, unless otherwise authorized by the Division of Management Authority.

Imported birds may only be disposed of outside a Service-approved cooperative breeding program if the specimens are deemed to be genetic surplus or are unable to breed. Prior to disposing of a bird outside the program, the bird must be made available to other Service-approved programs for the species. To dispose of an imported bird outside an approved program, the lead cooperator must submit a written request to the Division of Management Authority that includes justification for disposing of the bird and a statement of how the bird will be disposed of (e.g., donated to a zoo, sold to a private individual, etc.), prior to removal of the bird from the program. Additionally, the oversight organization for the program must send a letter indicating its agreement with the decision to remove the imported bird from the program. With regard to birds produced within the program, a sufficient number of offspring produced must be retained within the program to fulfill the goals of the cooperative breeding program as outlined in the original approval application. As with imported birds, prior to disposing of a

Mr. David Kanellis                                                                                    4

bird produced in a cooperative breeding program, the bird must be made available to other Service-approved programs for the species.

Individuals to whom specimens will be loaned for any purpose must become members of the cooperative breeding program. If the individuals do not plan to breed the specimens, the lead cooperator may designate these individuals as non-breeding members. To include these individuals in an approved cooperative breeding program, the lead cooperator must provide the Division of Management Authority with their names, contact information, and qualifications. In contrast to program members who will be undertaking breeding, we will not require a letter of endorsement from the oversight organization for non-breeding members.

Individuals who will be engaged in breeding birds may be added to the cooperative breeding program provided that they have demonstrated breeding success with the same or similar species. To add an individual to the program, the lead cooperator must submit a written request to the Division of Management Authority and provide several years of breeding records for the proposed individual. In addition, the oversight organization specified in the cooperative breeding program application must submit written notification indicating that the individual has met the established criteria for acceptance into the cooperative breeding program, as specified in the application for approval.

The cooperative breeding program must maintain records containing the number, species, and sex of all birds imported for the program, as well as dates of import, countries of origin, and disposition of the imported birds. Each program member must also maintain a record of breeding activity, including the number of eggs and progeny produced, and the disposition of any progeny. Finally, the cooperative breeding program must maintain a record of mortality experienced within the program that includes the location of the bird when it died and the cause, if known. For birds that died in quarantine, the cooperative breeding program must obtain documentation indicating such from the appropriate USDA/APHIS/Veterinary Services office. These records must be submitted when the lead cooperator requests the renewal of the cooperative breeding program or upon request of the Division of Management Authority.

For cooperative breeding programs that include species listed in Appendix I of the Convention on International Trade in Endangered Species of Wild Fauna and Flora (CITES), specimens of those species may only be imported for commercial purposes from a CITES-registered breeding operation. A directory of CITES-registered breeding operations, including U.S. operations, can be found at Register of Captive-Breeding Operations (http://www.cites.org/common/reg/e_cb.html). For those species covered under the U.S. Migratory Bird Treaty Act (MBTA), MBTA authorization is required in order to import, possess, and sell specimens of those species. Additional information on the MBTA can be found at MBTA (http://www.fws.gov/migratorybirds/).

Mr. David Kanellis                                                                                    5

Any application to import these species must include information from the exporter on the origin of the specimens, and copies of CITES export permits from the range country to show that the specimens were legally acquired. If the specimens to be imported are captive bred, documentation must be provided to demonstrate legal acquisition of the parental stock from which the specimens were derived.

This notice entitles members of this cooperative breeding program who are listed above as Program Members, to apply for permits to import the exotic bird species listed above that are otherwise prohibited from import under 50 CFR Section 15.11. Please be aware that 50 CFR Part 15.11(f) states: *It is unlawful for any person subject to the jurisdiction of the United States to engage in any activity with an exotic bird imported under a permit issued pursuant to this part that violates a condition of said permit.* Enclosed you will find an application to import birds under an approved cooperative breeding program. Please be advised that the estimated processing time for these import permit applications is sixty (60) days.

Please feel free to direct any inquiries regarding this matter to Biologist Clifton A. Horton of this office at: 5275 Leesburg Pike, MS-IA, Falls Church, VA 22041; telephone 703-358-1908; email: clifton_horton@fws.gov.

Sincerely,

L S. Noguchi

Laura S. Noguchi, Chief
Wildlife Trade and Conservation Branch
Division of Management Authority

Enclosure



# United States Department of the Interior

## FISH AND WILDLIFE SERVICE
International Affairs
5275 Leesburg Pike, MS: IA
Falls Church, VA  22041-3803



**APR 1 8 2018**

IN REPLY REFER TO:
FWS/DMA//CB040

Mr. John Aynes
(b) (6)
Oklahoma City, Oklahoma (b) (6)

Dear Mr. Aynes:

This letter is formal notification that your application for renewal of the Cooperative Breeding Program (CBP) for Captive Breeding Program for African Grey Parrots (CB040) under the Wild Bird Conservation Act of 1992 (WBCA), dated January 4, 2018, has been approved under 50 CFR Section 15.26, as outlined below.  This approval is subject to the general conditions below **and** the conditions in the enclosed Division of Scientific Authority finding.  This approval will be effective for two (2) years from the date of this letter.  Please ensure that all current and prospective members of your cooperative breeding program are fully informed of their obligations under this program, including compliance with 50 CFR Parts 13 and 15.

**Cooperative Breeding Program Name:**  Captive Breeding Program for African Grey Parrots

**Oversight Organization:**  Zoological Association of America (ZAA)

**Cooperative Breeding Program #:**  CB040

**Species:**  African grey parrot (*Psittacus erithacus*) and Cape parrot (*Poicephalus robustus*)

**Program Members:**  John Aynes, Susan Clubb, Walter Frey

**General Conditions:** All birds imported for this cooperative breeding program must remain within a cooperative breeding program approved by the U.S. Fish and Wildlife Service (Service) for these species and may not be loaned, sold or transferred for any reason including breeding purposes unless otherwise authorized by this office.  An imported bird may only be disposed of outside a Service-approved program for reasons such as the genetic line is well represented by offspring retained in the program or the bird is unable to breed.  Prior to disposing of a bird outside the program, you must make it available to other Service-approved programs for the species.  To dispose of an imported bird outside an approved program, you must submit a written request to this office that includes justification for disposing of the bird and a statement of how

Mr. John Aynes                                                                                           2

the bird will be disposed of (e.g., donated to a zoo, sold to a private individual, etc.), prior to removal of the bird from the program. Additionally, the oversight organization for the program must send a letter indicating its agreement with the decision to remove the imported bird from the program.

With regard to birds produced within the program, a sufficient number of offspring produced must be retained within the program to fulfill the goals of the cooperative breeding program as outlined in your original approval application. As with imported birds, prior to disposing of a bird produced in your cooperative breeding program, you must make it available to other Service-approved programs for the species.

Additional individuals may be added to the cooperative breeding program provided that they have demonstrated breeding success with the same or similar species. To add individuals to your program, you must submit a written request to this office and provide several years of breeding records for each individual proposed. In addition, we must receive official notification from the oversight organization specified in the cooperative breeding program application, indicating that each additional individual has met the established criteria for acceptance into the cooperative breeding program. Individuals to whom specimens will be loaned for any purpose must become members of the cooperative breeding program. You may designate them as "non-breeding members." To include these individuals in the cooperative breeding program, you must provide this office with their names, contact information, and qualifications (e.g., FWS migratory bird permit number). In contrast to program members who will be undertaking breeding, we do not require a letter of endorsement from the oversight organization for "non-breeding members."

All individuals of the cooperative breeding program must maintain records of all birds that come into their possession through the cooperative breeding program. These records must be made available to the Service upon our request. All imported birds must meet all U.S. import requirements. The cooperative breeding program must maintain records containing the number, species, and sex of all birds imported for the program, as well as dates of import, countries of origin, and disposition of the imported birds. For each program participant, you must also maintain a record of breeding activity, including the number of eggs and progeny produced, and the disposition of any progeny.

Finally, you must maintain a record of mortality experienced within the program that includes the location of the bird when it died and the cause, if known. For birds that died in quarantine, you must obtain documentation indicating such from the appropriate USDA/APHIS/Veterinary Services office. These records must be made available to the Service upon our request, and when you submit a request for the renewal or amendment of the cooperative breeding program.

This notice entitles members of this cooperative breeding program who are listed above as Program Members, to apply for permits to import the exotic bird species listed above that are otherwise prohibited from import under 50 CFR Section 15.11. Please be aware that 50 CFR Part 15.11(f) states: *It is unlawful for any person subject to the jurisdiction of the United States to engage in any activity with an exotic bird imported under a permit issued pursuant to this part that violates a condition of said permit.* Enclosed you will find an application to import birds

Mr. John Aynes                                                                                3

under an approved cooperative breeding program.  Please be advised that the estimated processing time for these import permit applications is sixty (60) days.

Please feel free to direct any inquiries regarding this matter to Biologist Clifton A. Horton of this office at: 5275 Leesburg Pike, MS-IA, Falls Church, VA 22041; telephone 703-358-1908; e mail: clifton_horton@fws.gov.

Sincerely,

Laura S. Noguchi, Chief
Wildlife Trade and Conservation Branch
Division of Management Authority

Enclosures

WILD BIRD CONSERVATION ACT
RECORD OF FINDINGS ON APPLICATION
FOR APPROVAL OF COOPERATIVE BREEDING PROGRAM
U. S. FISH & WILDLIFE SERVICE

**\*\*Renewal\*\***

Application number:  CB040  (PRT# 76975B)          Applicant:  John Aynes

Oversight organization:  Zoological Association of America (ZAA)

| Species: | Specimens approved: |
|---|---|
| African grey parrot (*Psittacus erithacus*) | 75.75 |
| Cape parrot (*Poicephalus robustus*) | 30.30 |

Background:

On January 10, 2018, the USFWS Division of Management Authority (DMA) received an application from Mr. John Aynes requesting renewal of CB040, the Captive Breeding Program for African Grey Parrots.  Mr.Aynes is the Lead Cooperator for this cooperative breeding program (CBP).

The original request for establishing the Captive Breeding Program for African Grey Parrots (CB040) was approved on March 16, 2016, for 75.75 African grey parrot (*Psittacus erithacus*). A subsequent amendment was issued on May 25, 2016, with the addition of 30.30 Cape parrot (*Poicephalus robustus*).

Current Status of the Program:

The current members approved under this cooperative breeding program (CB040) include: John Aynes, Susan Clubb, and Walter Frey.

Below is a summary of the total number of birds imported under the Cooperative Breeding Program (CB040), at the time of this renewal request, as reported by the Lead Cooperator:

| Species Approved | Total Quantity Approved for Import | Total Quantity Imported under the CBP |
|---|---|---|
| African grey parrot (*Psittacus erithacus*) | 75.75 (150) | 75.75 (150) |
| Cape parrot (*Poicephalus robustus*) | 30.30 (60) | 0.0 (0) |

*Mortality*: In the renewal application and prior information submitted to the Service on September 26, 2016, Mr. Aynes indicated that there have been some mortalities of birds imported under the cooperative breeding program.  Details for the reported mortalities are as follows:

*Page 1 of 1*

- African grey parrot (*Psittacus erithacus*) – 6 deaths. Two birds were deceased when they arrived into the United States from South Africa (the country of export), during the original import. Three birds died while in quarantine. One bird died, under the care of John Aynes, from flying into the wire in a large flight cage.

**Breeding:** According to the Lead Cooperator, no eggs/hatchlings have been produced from imported birds due to the young age of the imported birds. The program expects the imported birds to start breeding in the next couple of years. In the meantime, the imported birds remain in flight cages to socialize until they are ready to breed.

**Cooperation with existing breeding programs:** Although the applicant is not aware of an African grey parrot cooperative breeding program in the United States or internationally, he is aware of numerous individual breeders of the species. The applicant states that he collaborates with many people around the world when information or advice is requested of him, not only for African grey parrots but also various cockatoo and other species. Examples of recent communications with various individuals around the world regarding a range of topics including diet, husbandry, and facilities, were also provided by the applicant to demonstrate his willingness to assist whenever he can.

**************************************************************************************

We previously found that this cooperative breeding program met all of the criteria necessary for approval.

Based on the summary report included with the renewal, as well as additional information submitted by John Aynes, Lead Cooperator, on activities conducted under the Cooperative Breeding Program, we believe that the program continues to fulfill the purposes of the Wild Bird Conservation Act and meet the criteria for approval. Therefore, we recommend approval of this renewal application with the following conditions:

1. Birds imported under the cooperative breeding agreement must remain within a Service-approved cooperative breeding program and may not be loaned, sold, or transferred to individuals outside an approved breeding program for any reason including breeding purposes, unless otherwise authorized by the Division of Management Authority.

2. Imported birds may only be disposed of outside a Service-approved cooperative breeding program if the specimens are deemed to be genetic surplus or are unable to breed. Prior to disposing of a bird outside the program, the bird must be made available to other Service-approved programs for the species. To dispose of an imported bird outside an approved program, the lead cooperator must submit a written request to the Division of Management Authority that includes justification for disposing of the bird and a statement of how the bird will be disposed of (e.g., donated to a zoo, sold to a private individual, etc.), prior to removal of the bird from the program. Additionally, the oversight organization for the program must send a letter indicating its agreement with the decision to remove the imported bird from the program. With regard to birds produced within the program, a sufficient number of offspring produced must be retained

within the program to fulfill the goals of the cooperative breeding program as outlined in the original approval application. As with imported birds, prior to disposing of a bird produced in a cooperative breeding program, the bird must be made available to other Service-approved programs for the species.

3. Individuals to whom specimens will be loaned for any purpose must become members of the cooperative breeding program. If the individuals do not plan to breed the specimens, the lead cooperator may designate these individuals as non-breeding members. To include these individuals in an approved cooperative breeding program, the lead cooperator must provide the Division of Management Authority with their names, contact information, and qualifications. In contrast to program members who will be undertaking breeding, we will not require a letter of endorsement from the oversight organization for non-breeding members.

4. Individuals who will be engaged in breeding birds may be added to the cooperative breeding program provided that they have demonstrated breeding success with the same or similar species. To add an individual to the program, the lead cooperator must submit a written request to the Division of Management Authority and provide several years of breeding records for the proposed individual. In addition, the oversight organization specified in the cooperative breeding program application must submit written notification indicating that the individual has met the established criteria for acceptance into the cooperative breeding program, as specified in the application for approval.

5. The cooperative breeding program must maintain records containing the number, species, and sex of all birds imported for the program, as well as dates of import, countries of origin, and disposition of the imported birds. Each program member must also maintain a record of breeding activity, including the number of eggs and progeny produced, and the disposition of any progeny. Finally, the cooperative breeding program must maintain a record of mortality experienced within the program that includes the location of the bird when it died and the cause, if known. For birds that died in quarantine, the cooperative breeding program must obtain documentation indicating such from the appropriate USDA/APHIS/Veterinary Services office. These records must be submitted when the lead cooperator requests the renewal of the cooperative breeding program or upon request of the Division of Management Authority.

6. For cooperative breeding programs that include species listed in Appendix I of the Convention on International Trade in Endangered Species of Wild Fauna and Flora (CITES), specimens of those species may only be imported for commercial purposes from a CITES-registered breeding operation. A directory of CITES-registered breeding operations, including U.S. operations, can be found at Register of Captive-Breeding Operations (http://www.cites.org/common/reg/e_cb.html). For those species covered under the U.S. Migratory Bird Treaty Act (MBTA), MBTA authorization is required in order to import, possess, and sell specimens of those species. Additional information on the MBTA can be found at MBTA (http://www.fws.gov/migratorybirds/).

7. Any application to import these species must include information from the exporter on the origin of the specimens, and copies of CITES export permits from the range country to show that the specimens were legally acquired. If the specimens to be imported are captive bred, documentation must be provided to demonstrate legal acquisition of the parental stock from which the specimens were derived.

8. Members must demonstrate cooperation with the existing captive breeding programs that are developing sustainable populations of these species (e.g., sharing breeding stock, progeny, records, techniques) in order to more rapidly develop sustainable captive populations. Such communication should be documented in the renewal application materials that the applicant will submit to the Division of Management Authority.

\* \* \* \* \*

Monica A. Horton 4/12/2018
Monica A. Horton
Biologist (CITES Specialist)
Division of Scientific Authority

Eleanora Babij 4/12/18
Eleanora Babij, Ph.D.
Chief, Branch of Consultation and Monitoring
Division of Scientific Authority

# Exhibit R

# United States Department of the Interior

## FISH AND WILDLIFE SERVICE

5275 Leesburg Pike, MS: IA
Falls Church, VA 22041

IN REPLY REFER TO:
FWS-2019-00156

March 12, 2019

David A. Garcia
Organization of Professional Aviculturist (OPA)
3191 Coral Way Suite 607
Miami, FL 33145
Email: dgarcia@pradaurizar.com

Dear Mr. Garcia:

This is the Division of Management Authority's (DMA) **final** response to your Freedom of Information Act (FOIA) request dated October 18, 2018, received on October 18, 2018, and assigned control number FWS-2019-00156. You requested the following information:

> *"….all information relating to the attempt by the Argentinian CITES authority to petition the USFWS to allow for sustainable import of blue front amazon."*

Per the electronic email of November 19, 2018, you narrowed/clarified the request to *"The OPA is specifically requesting information as to why the final proposed rule relating to the listing of wild harvested Blue Fronted Amazons published in the Federal Register at 68 FR 46559 on August 6, 2003 was never finalized or issued. And why it was ultimately withdrawn on December 21, 2015, 80 FR 79300."*

Please see the attached 7 pages of responsive records, which are being released to you in their entirety. All information under the FOIA and Privacy Act regulations (43 CFR 2) has been provided.

We do not bill requesters for FOIA processing fees when their fees are less than $50.00, because the cost of collection would be greater than the fee collected. *See 43 C.F.R. § 2.37(g)*. Therefore, there is no billable fee for the processing of this request

The 2007 FOIA amendments created the Office of Government Information Services (OGIS) to offer mediation services to resolve disputes between FOIA requesters and Federal agencies as a non-exclusive alternative to litigation. Using OGIS services does not affect your right to pursue litigation. You may contact OGIS in any of the following ways:

Office of Government Information Services
National Archives and Records Administration
8601 Adelphi Road - OGIS
College Park, MD 20740-6001

E-mail: ogis@nara.gov
Web: https://ogis.archives.gov
Telephone: 202-741-5770
Fax: 202-741-5769
Toll-free: 1-877-684-6448

Please note that using OGIS services does not affect the timing of filing an appeal with the Department's
FOIA and Privacy Act Appeals Officer.  You may also seek dispute resolution services from our FOIA
Public Liaison, Carrie Hyde-Michaels, at (703) 358-2291 or at Carrie_Hyde-Michaels@fws.gov.

For your information, Congress excluded three discrete categories of law enforcement and national
security records from the requirements of the FOIA.  See 5 U.S.C. § 552(c).  This response is limited to
those records that are subject to the requirements of the FOIA.  This is a standard notification that is
given to all our requesters and should not be taken as an indication that excluded records do, or do not,
exist.

**This completes our response.**  If you have any questions, please contact Ms. Brenda Tapia, Division of
Management Authority, Branch of Permits, MS: IA, 5275 Leesburg Pike, Falls Church, Virginia 22041
(703-358-1989 or via e-mail at Brenda_Tapia@fws.gov).

Sincerely,

Carrie Hyde-Michaels
FWS FOIA Officer

Attached

In Reply Refer To:
FWS/IA/DMA

Lic. Pablo Edgardo Mesa
Director Nacional de Ordenamiento Ambiental y Conservación de la Biodiversidad
Subsecretaría de Planificación y Política Ambiental
Secretaría de Ambiente y Desarrollo Sustentable
San Martín 451
piso 2, oficina 261
1104 Buenos Aires
Argentina

*By e-mail to* [pemesa@ambiente.gov.ar](mailto:pemesa@ambiente.gov.ar)

Dear Mr. Mesa:

I am contacting you in order to obtain current information on the status of Project Elé, which involves the removal of live specimens of *Amazona aestiva* from the wild for export.  For over 10 years we have had under consideration a petition from the Government of Argentina to approve this project to allow imports under the U.S. Wild Bird Conservation Act (WBCA). Under the WBCA, we may approve imports from a country for species subject to a sustainable-use management plan that meets specific criteria established in our regulations.

Unfortunately, we have been unable to approve the program and allow the import of birds derived from it.  However, we also have not rejected the petition.  Because the approval of a program under the WBCA is a regulatory action, this has remained as a pending action for several years, and we must now conclude the action by either approving or disapproving Argentina's program.  It is very unlikely that we could approve the program based on the information we have on file.  Furthermore, it is likely that the program has continued to evolve so that the information we have is no longer current.  Therefore, we suggest that the petition from Argentina be withdrawn.  If the petition is withdrawn, it prevents us from taking a negative action (disapproving the petition).  Please note that withdrawal of the current petition does not prevent the submission of a new petition; indeed, a revised petition with up-to-date information could be submitted for consideration.

Please advise as to whether you wish to withdraw the petition for approval of imports of *Amazona aestiva* into the United States or if you prefer that we take a decision on this matter. If you are not the appropriate person to respond on this matter, please refer it to the correct office.

We look forward to your response and thank you for your attention to this matter.

Sincerely,


Robert R. Gabel, Chief
Division of Management Authority



*"2014 - Año de Homenaje al Almirante Guillermo Brown, en el Bicentenario del Combate Naval de Montevideo"*

*Jefatura de Gabinete de Ministros*
*Secretaría de Ambiente y Desarrollo Sustentable*

BUENOS AIRES,
NOTA N° 409

SEÑOR ROBERT R. GABEL.
JEFE DE LA DIVISIÓN DE AUTORIDAD ADMINISTRATIVA.
SERVICIO DE PESCA Y VIDA SILVESTRE.
4401 N. Fairfax Drive, Room 212.
ARLINGTON, VIRGINIA  22203-3247, U.S.A.
S                    /                    D.

Estimado Sr. Gabel:

Tengo el agrado de dirigirme a Ud. en relación a su nota referida a la petición presentada por nuestro país respecto de las exportaciones de *Amazona aestiva* en el marco del Proyecto *Elé.*

Sobre el particular, le informo que hemos decidido retirar la petición para la exportación de especímenes vivos de la especie mencionada en el marco de las regulaciones de la U.S. Wild Bird Consevation Act (WBCA).

Tal como lo señala en su nota, en nuestro país se están reformulando los programas de uso sustentable de la fauna silvestre. En particular, *Amazona aestiva* está incluida dentro de aquellas especies que requieren certificar, previo a su exportación, que provienen de predios con planes de manejo del bosque. Esto ha implicado el desarrollo de mecanismos administrativos y técnicos basados en una mirada ecosistémica que va más allá del criterio tradicional de manejo de las especies sometidas a uso sustentable.

Finalmente, entiendo que la presente es notificación suficiente para el procedimiento de retiro de la petición.

Sin otro particular, saluda a Ud. atentamente.

Lic. PABLO E. MESA
DIRECTOR NACIONAL ORDENAMIENTO AMBIENTAL
Y CONSERVACION DE LA BIODIVERSIDAD
SECRETARIA AMBIENTE Y DESARROLLO SUSTENTABLE

Argentina letter translation:  Paraphrased
Jorgenson/DSA:  October 24, 2014

Chief of the Cabinet of Ministers
Ministry of the Environment of Sustainable Development

Buenos Aires
Reference No. 409
[undated]

Mr. Robert R. Gabel
Chief of the Division of Management Authority
U.S. Fish and Wildlife Service
4401 N Fairfax Drive, Room 212
Arlington, Virginia 22203-3247 USA

Dear Mr. Gabel:

I would like to take this opportunity to address your comments made in response to the petition
presented by my country with regard to the export of *Amazona aestiva* in the context of the Elé
Project.

In this regard, I would like to inform you that we have decided to withdraw the petition for the
exportation of live specimens of this species that is mentioned in the context of the regulations
for the U.S. Wildlife Bird Conservation Act (WBCA).

As was mentioned in your note, in our country programs for the sustainable use of wildlife are
being reformulated.  Specifically, *Amazona aestiva* is included among those species that must be
certified prior to exportation that they originate from properties with forestry management plans.
This has generated the development of administrative and technical mechanisms based on an
ecosystem perspective that go much beyond the traditional sustainable management criteria for
species.

Finally, my understanding is that this letter is sufficient notification for the withdrawal of the
petition.

Sincere greetings,

/s/

Lic. Pablo E. Mesa
National Director of Environmental Management
      and Biodiversity Conservation
Ministry of the Environment of Sustainable Development

**LEGAL STATUS**

**LEGAL STATUS**

Wild Bird Conservation Act; Blue-Fronted Amazon Parrots From Argentina's Sustainable-Use Management Plan

A Proposed Rule by the Fish and Wildlife Service on 12/21/2015

**DOCUMENT DETAILS**

**Printed version:**
PDF (https://www.govinfo.gov/content/pkg/FR-2015-12-21/pdf/2015-32054.pdf)

**Publication Date:**
12/21/2015 (/documents/2015/12/21)

**Agencies:**
Fish and Wildlife Service (https://www.federalregister.gov/agencies/fish-and-wildlife-service)

**Dates:**
This document is withdrawn as of December 21, 2015.

**Document Type:**
Proposed Rule

**Document Citation:**
80 FR 79300

**Page:**
79300-79301 (2 pages)

**CFR:**
50 CFR 23

**Agency/Docket Numbers:**
Docket No. FWS-HQ-IA-2015-0035
96300-1671-0000-R4

**RIN:**
1018-AH89 (https://www.federalregister.gov/regulations/1018-AH89/importation-of-exotic-wild-birds-adding-blue-fronted-amazon-parrots-from-argentina-s-approved-sustai)

**Document Number:**
2015-32054

**DOCUMENT DETAILS**

**DOCUMENT STATISTICS**

**Page views:**
89
as of 02/25/2019 at 2:15 pm EST

**DOCUMENT STATISTICS**

**ENHANCED CONTENT**

regulations.gov

**Docket Number:**
FWS-HQ-IA-2015-0035 (https://www.regulations.gov/docket?D=FWS-HQ-IA-2015-0035)

**Docket Name:**
Wild Bird Conservation Act; Withdrawal of Proposed Rule to Add Blue-Fronted Amazon Parrots from Argentina's Sustainable-Use Management Plan

**Docket RIN**

1018-AH89 (https://www.federalregister.gov/regulations/1018-AH89/importation-of-exotic-wild-birds-adding-blue-fronted-amazon-parrots-from-argentina-s-approved-sustai)

**ENHANCED CONTENT**

PUBLISHED DOCUMENT

# AGENCY:

Fish and Wildlife Service, Interior.

# ACTION:

Proposed rule; withdrawal.

# SUMMARY:

We, the U.S. Fish and Wildlife Service (Service, or we), withdraw a 2003 proposed rule to approve a sustainable-use management plan developed by the Management Authority of Argentina for blue-fronted amazon parrots *(Amazona aestiva)*, under the Wild Bird Conservation Act of 1992. We are taking this action because Argentina has withdrawn their application. As a result, we will no longer consider allowing importation of this species from Argentina under this plan.

# DATES:

This document is withdrawn as of December 21, 2015.

# FOR FURTHER INFORMATION CONTACT:

Craig Hoover, Chief, Division of Management Authority, U.S. Fish and Wildlife Service Headquarters, MS: IA; 5275 Leesburg Pike, Falls Church, VA 22041-3803; telephone 703-358-2095; facsimile 703-358-2298. If you use a telecommunications device for the deaf (TDD), call the Federal Information Relay Service (FIRS) at 800-877-8339.

# SUPPLEMENTARY INFORMATION:

## Background

The Convention on International Trade in Endangered Species of Wild Fauna and Flora (CITES) is an international treaty designed to regulate international trade in certain animal and plant species that are now, or may become, threatened with extinction. These species are listed in the Appendices to CITES, which are available on the CITES Secretariat's Web site at *http://www.cites.org/eng/app/appendices.php (http://www.cites.org/eng/app/appendices.php)*. Currently 180 countries and the European Union have ratified, accepted, approved, or acceded to CITES; these 181 entities are known as Parties. The U.S. Fish and Wildlife Service has been delegated authority to carry out U.S. responsibilities under CITES.

The Wild Bird Conservation Act of 1992 (WBCA) limits or prohibits import into the United States of exotic bird species to ensure that their wild populations are not harmed by international trade. It also encourages wild bird conservation programs in countries of origin by ensuring that all imports of such species are biologically sustainable and not detrimental to the survival of the species.

## Previous Federal Actions

On November 16, 1993, we published a final rule in the **Federal Register** (58 FR 60524) that implemented the prohibitions stipulated in the WBCA and provided permit requirements and procedures for some allowed exemptions. In that rule, we informed the public that imports of all CITES-listed birds (as defined in the rule) were prohibited, except for (a) species included in an approved list; (b) specimens for which an import permit has been issued; (c) species from countries that have approved sustainable-use management plans for those species; or (d) specimens from approved foreign captive-breeding facilities. Criteria for approval of sustainable-use management plans are in title 50 of the Code of Federal Regulations at 50 CFR 15.32 (/select-citation/2015/12/21/50-CFR-15.32).

Argentina petitioned the Service to allow the import into the United States of blue-fronted amazon parrots *(Amazona aestiva)* removed from the wild in Argentina under an approved sustainable-use management plan. Consequently, on August 10, 2000, we published a notice of receipt of application for approval in the **Federal Register** (65 FR 49007 (/citation/65-FR-49007)) that announced the receipt of a petition from the CITES Management Authority of Argentina, Dirección de Fauna and Flora Silvestre, for approval of a sustainable-use management plan for the blue-fronted amazon parrot in Argentina. On January 8, 2003, we

published a notice in the **Federal Register** (68 FR 1066 (/citation/68-FR-1066)) announcing the availability of a draft environmental assessment of the addition of blue-fronted amazon parrots from a sustainable-use management plan in Argentina to the approved list of non-captive-bred birds under the WBCA.

Later that year, on August 6, 2003, we published a proposed rule in the **Federal Register** (68 FR 46559 (/citation/68-FR-46559)) to approve a sustainable-use management plan developed by the CITES Management Authority of Argentina for blue-fronted amazon parrots under the WBCA. The proposed rule would add blue-fronted amazon parrots from Argentina's program to the approved list of non-captive-bred (wild-caught) species contained at 50 CFR 15.33 (/select-citation/2015/12/21/50-CFR-15.33)(b).     The public comment period on the proposed rule was open for 60 days.

Start Printed
Page 79301

On March 29, 2005, we published a notice in the **Federal Register** (70 FR 15798 (/citation/70-FR-15798)) reopening the comment period on the proposed rule for 30 days to enter into the record Dr. Jorge Rabinovich's 2004 study, "Modeling the Sustainable Use of the Blue-Fronted Parrot *(Amazona aestiva)* in the Dry Chaco Region of Argentina," and to accept comments related to the relationship of this study to the proposed addition of blue-fronted amazon parrots from Argentina's program to the approved list of non-captive-bred (wild-caught) species under the WBCA. On May 24, 2005, we published a notice in the **Federal Register** (70 FR 29711 (/citation/70-FR-29711)) reopening the comment period for an additional 45 days.

## Reason for Withdrawal of Proposed Rule

We reviewed the public comments received during the open comment periods for the notice and the proposed rule and new information that became available after the publication of the proposed rule. We also reevaluated information in our files, our proposed rule, and Argentina's request, in accordance with our approval criteria in 50 CFR 15.32 (/select-citation/2015/12/21/50-CFR-15.32). As a result, we determined that it was unlikely that we would be able to make a positive finding for the sustainable-use management plan developed by Argentina for blue-fronted amazon parrots under the WBCA. Subsequently, Argentina determined that the best course of action would be to withdraw their application. Argentina withdrew its application by letter (undated) from the CITES Management Authority of Argentina (Ministry of the Environment of Sustainable Development); therefore, we are withdrawing our proposed rule of August 6, 2003 (68 FR 46559 (/citation/68-FR-46559)).

## Author

The primary author of this document is Clifton A. Horton, Division of Management Authority, U.S. Fish and Wildlife Service (see **FOR FURTHER INFORMATION CONTACT**).

## Authority

The authority for this action is the Endangered Species Act of 1973, as amended (16 U.S.C. 1531 (https://api.fdsys.gov/link?collection=uscode&title=16&year=mostrecent&section=1531&type=usc&link-type=html) *et seq.*).

Dated: December 9, 2015.

Stephen Guertin,

Acting Director, U.S. Fish and Wildlife Service.

[FR Doc. 2015-32054 (/a/2015-32054) Filed 12-18-15; 8:45 am]

BILLING CODE 4333-15-P

PUBLISHED DOCUMENT