UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 19-20195-KING

ORGANIZATION OF PROFESSIONAL
AVICULTURISTS, INC.,
  Plaintiff,
v.
MARGARET EVERSON, Principal Deputy
Director, U.S. FISH AND WILDLIFE SERVICE,
*et al.*
_____/

## **JOINT STIPULATION OF MOOTNESS**

  Plaintiff, Organization of Professional Aviculturists, Inc., and Defendants, Margaret Everson, Principal Deputy Director, U.S. Fish and Wildlife Service, et al. (together, the "Parties"), by and through their respective undersigned counsel, hereby stipulate that there are no further issues remaining for the Court to resolve regarding the Freedom of Information Act (5 U.S.C. § 552, *et seq*. ("FOIA")) requests underlying this lawsuit, and that this case may be dismissed as moot.

  Plaintiff further stipulates that any and all of its FOIA requests currently pending or on appeal before the Defendant agency, relating to FOIA requests which were identified in Plaintiff's Amended Complaint (DE 10) (FWS-2019-00161, FWS-2019-00160, FWS-2019-00158, and FWS-2019-00157), are also moot. Plaintiff hereby releases Defendants from any claim related to such requests.   Further, the Parties have resolved the issue of Plaintiff's claim for attorney's fees and costs. Defendants agree to pay Plaintiff the sum of $2,900.00 in full satisfaction of Plaintiff's demand to recover its fees and costs.

  WHEREFORE, the Parties jointly stipulate that there are no further issues remaining for the Court to resolve and that the case is now moot.

Dated: September 30, 2019

     /s/ Mark Andrew Prada
     MARK ANDREW PRADA
     Fla. Bar No. 91997
     Prada Urizar, PLLC
     3191 Coral Way, Suite 607

Miami, FL 33145
Dir.: (786) 238-2222
Ofc.: (786) 703-2061
Fax: (786) 708-9508
mprada@pradaurizar.com
*Counsel for the Plaintiff*

ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

By:   /s/ Carlos Raurell
Carlos Raurell
Assistant United States Attorney
Florida Bar No. 529893
Carlos.Raurell@usdoj.gov
United States Attorney's Office
99 NE 4th Avenue, Suite 300
Miami, Florida 33132
Telephone: (305) 961-9243
Facsimile: (305) 530-7139
*Attorneys for the Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on September 30, 2019, I filed the foregoing document with the Clerk of the Court, using the CM/ECF system.

 /s/ Carlos Raurell
CARLOS RAURELL
Assistant United States Attorney